UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WENDY J. WILLIAMS HUNTER, an individual, by and :
through her next friend, KELVIN HUNTER; and
KELVIN HUNTER, an individual,                 :       Case No.: 25-cv-05107 (MMG)

                              Plaintiffs,        :

  -against-                                  :

SABRINA E. MORRISSEY, *et al.*,               :
                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### ALLAN B. DIAMOND AND DIAMOND McCARTHY'S NOTICE OF MOTION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

**PLEASE TAKE NOTICE** that Allan B. Diamond and Diamond McCarthy LLP on behalf of W.W.H. respectfully move this Court for an order that allows them to intervene in this lawsuit under Federal Rule of Civil Procedure 24(a), Federal Rule of Civil Procedure 24(b), or both and waives the requirements of Federal Rule of Civil Procedure 24(c).

Dated: New York, New York
       July 29, 2025

                                        Respectfully submitted,

                                        **DIAMOND MCCARTHY LLP**

                                        By: _____
                                             Allan B. Diamond, Esq.
                                      15 West 81st Street, Suite 1A
                                      New York, New York 10024
                                      Telephone:  212-430-5400
                                      *adiamond@diamondmccarthy.com*

                                      *Court-Appointed Counsel to W.W.H.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2025, the foregoing document, Allan B. Diamond and Diamond McCarthy's Notice of Motion to Intervene under Federal Rule Of Civil Procedure 24 was electronically filed with the Clerk of the U.S. District Court for the Southern District of New York, using the Court's CM/ECF system, which will send electronic notification of filing to all parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's system.

                                                           **ALLAN B. DIAMOND, ESQ.**