

261 North University Drive Ste 500-45,
Plantation, Florida 33324

O: 305-417-6450 | F: 305-417-6452

www.MiamiEntertainmentLawGroup.com

August 20, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    RE:    **WENDY J. WILLIAMS HUNTER, et al. v. MORRISSEY, et al.**
            **Docket No.: 1:25-cv-5107-MMG**

Dear Judge Garnett:

    Miami Entertainment Law Group, which represents the plaintiffs in the above-referenced matter, submits this correspondence to the Court on Plaintiffs' behalf to respectfully request to file a sur-reply memorandum with the Court, in accordance with Rule IV. E. 3. of Your Honor's Individual Rules & Practices.

    On August 18, 2025, Mr. Diamond filed his Reply (Dkt No. 99) in further support of his Motion to Intervene (Dkt No. 93, 94), responding to Plaintiffs' Opposition (Dkt No. 96, 98). Mr. Diamond's Reply requests relief that was not requested in his original motion. Accordingly, Plaintiffs' counsel respectfully requests the opportunity to address this newly raised request for relief and any related arguments, which were not—and could not have been—anticipated in their Opposition.

    For these reasons, Plaintiffs respectfully submit that a sur-reply is warranted to ensure a complete and fair record on the pending motion.

    We thank the Court for its kind consideration of this matter.


Respectfully,

_LaShawn Thomas_                                  _Celeste McCaw_
LaShawn N. Thomas                                Celeste McCaw


CC: Counsel for Defendants (via ECF)