**DIAMOND McCARTHY** LLP
Attorneys & Counselors

15 West 81st Street | Suite 1A | New York, NY 10024 | Phone: 212-430-5400

E-Mail Address
*adiamond@diamondmccarthy.com*

August 21, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *Williams-Hunter v. Morrissey, et al.*
             Case No.: 25-cv-5107 (MMG)

Dear Judge Garnett:

Plaintiff in the above-captioned matter requested leave to file a sur-reply stating that the reply in support of the Motion to Intervene ("Motion") requested new relief that Plaintiff should be afforded a chance to oppose. The request for a sur-reply does not identify what new issue Plaintiff believes the reply raised that justifies a sur-reply. Assuming Plaintiff complains about the four areas the reply asks the Court to investigate through an order to show cause in the event the Motion is denied, those areas were fairly raised in the Motion and by Plaintiff.

The Motion argues that a conflicted ex-husband with conflicted and enjoined counsel cannot adequately represent W.W.H.'s interests and that the complaint runs headfirst into a costly and likely losing jurisdictional fight that puts W.W.H.'s financial resources at risk. [ECF 94 (Motion) at 11-13 & 15 of 17]. The Motion also criticizes the complaint's attack on a plethora of individuals acting under color of state law. [*Id.* at 11-12]. The complaint itself raises issues of immunity and attempts to plead around it. [ECF 1 at n.1 & ¶¶ 7, 44, 45, & 391 n.8]. The reply contained nothing new or surprising.

Case 1:25-cv-05107-MMG   Document 101   Filed 08/21/25   Page 2 of 2



Williams-Hunter v. Morrissey, Case No. 25-cv-5107 (MMG)
August 21, 2025
Page 2

The undersigned also confirms the reply seeks no additional relief other than that presented in the Notice of Motion and withdraws or strikes any language from the reply to the contrary. The Motion is ripe, and W.W.H. respectfully requests that the Court consider it and issue its ruling without further delay.

Respectfully submitted,

Allan B. Diamond

cc:   All Counsel of Record (*via ECF*)