

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

September 2, 2025

***VIA ECF***

Honorable Margaret M. Garnett
U.S. District Judge, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> Re:    *Wendy J. Williams Hunter, et ano. v. Morrissey, et al.*
>           Docket No. 1:25-cv-5107 (MMG)
>           MMP&S File No. 446-32203

Dear Judge Garnett:

We represent defendants Sacks Press & Lacher, P.C. and Gary Press (together, "SP&L") in the above-referenced action. Pursuant to Section I.B.5 of the Court's Individual Rules, SP&L hereby submits this letter to request an extension of SP&L's time to respond to the Complaint up to an including October 20, 2025. No prior request for an extension of time has been made by SP&L, and plaintiffs' counsel consents to this request.

Thank you in advance for your kind consideration in this matter.

Respectfully submitted,

Peter Seiden (PS0658)

*John A. Lentinello*
John A. Lentinello (JL0187)

PS/JAL/dmh
cc:    All counsel of record (via ECF)

WOODBURY, NEW YORK ■ PURCHASE, NEW YORK
NEW JERSEY ■ CONNECTICUT ■ FLORIDA ■ PENNSYLVANIA