**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2025

September 2, 2025

Joseph Francoeur
212.915.5638 (direct)
646.823.7791 (mobile)
Joseph.Francoeur@wilsonelser.com

**VIA ECF FILING ONLY**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *Williams Hunter et al v. Morrissey et al*
Case No.: 1:25-cv-05107-MMG

Dear Judge Garnett,

Our office represents defendants Abrams Fensterman, LLP and Carolyn N. Wolf (collectively "Abrams Fensterman"). Pursuant to Your Honor's Individual Rules & Practices we respectfully submit this letter-motion requesting an extension of Abrams Fensterman's deadline to respond to the Complaint to October 20, 2025.

The current deadline for Abrams Fensterman to respond to the Complaint is September 3, 2025. Our firm was only recently retained to represent Abrams Fensterman in this matter, and we therefore respectfully request an extension of the deadline to October 20, 2025, which coincides with the deadline for the State Defendants to also respond to the Complaint. There have been no prior requests by Abrams Fensterman for an extension of time to respond to the Complaint. We have conferred with Plaintiffs' counsel, LaShawn Thomas, who consented to a shorter 30-day extension. Finally, an extension of the deadline to October 20, 2025 will not affect any other scheduled dates or deadlines.

We appreciate your attention to this request.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Joseph Francoeur*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

319176744v.1

GRANTED. The deadline for the Abrams Fensterman Defendants to respond to the Complaint is EXTENDED until **October 20, 2025**. Defendants are reminded that, purusant to this Court's Individual Rule I(B)(5), requests for extensions of time must be made <u>at least two business days</u> prior to the original due date.

SO ORDERED. Dated September 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE