

175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial: (631) 227-6323
Email: mkflanagan@mdwcg.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2025
```

September 2, 2025

**VIA ECF:**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      RE:    *Williams Hunter v. Morrissey, et al.*
              Case No. 25-cv-5107
              MD File No. 03127.01761

Dear Judge Garnett:

      This firm represents the Defendants Rafferty & Redlisky LLP and Linda Redlisky, the Court-appointed attorney in the state court guardianship proceeding referenced in the Complaint.

      We write to request an extension of time to respond to the Complaint. Our clients' response is due on September 4, 2025. We request that that deadline be extended to October 20, 2025, which is the same deadline set for the response of the only other defendants who have appeared in the case: The Office of Attorney General, Hon. Lisa Sokoloff and Hon. Adam Silvera ("the State Defendants"). *See* Order dated August 26, 2025, Granting In Part and Denying in Part State Defendants' Letter-Application (ECF Docket No. 105). In seeking their extension, counsel for the State Defendants noted that they intend to move to dismiss on the basis of, *inter alia*, "abstention doctrines, including Younger and Rooker-Feldman, which implicate the Court's exercise of its subject-matter jurisdiction." *See* Letter of A. Bhat, Assistant Attorney General (ECF Docket No. 104). We also intend to seek dismissal on those grounds, as well as other grounds.

      Plaintiff's counsel consents to an extension, but for only 30 days, or until October 4, 2025. The State Defendants consent to our request for an extension until the requested date of October 20, 2025. While we appreciate Plaintiff's partial consent to our application, since the grounds for our motion will overlap with that of the State Defendants, we believe that the filing date for both motions should be the same.

      This is our first request for an extension of time to respond to the Complaint.

A PROFESSIONAL CORPORATION | PA NJ DE OH FL NY CT | www.marshalldennehey.com

Honorable Margaret M. Garnett
September 2, 2025
Page 2

---

Thank you for your attention to this matter.

Very truly yours,

*Matthew K. Flanagan*

Matthew K. Flanagan

MKF:stk

cc: All Counsel who have appeared (via ECF)

---

GRANTED. The deadline for Defendants Rafferty & Redlisky LLP and Linda Redlisky to respond to the Complaint is EXTENDED until **October 20, 2025**.

SO ORDERED. Dated September 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE