

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

emurphy@seyfarth.com
**T** (212) 218-5619

www.seyfarth.com

September 3, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:  Williams Hunter et al v. Morrissey et al, Case No. 1:25-cv-05107 (MMG)

Dear Judge Garnett

    We represent Lori Schiller in connection with the above-captioned matter. Pursuant to Section I.B.5 of the Court's Individual Rules, we write to respectfully request an extension of time to Answer or otherwise respond to the Complaint until October 20, 2025. There have been no prior requests by Ms. Schiller for an extension of time to respond to the Complaint. We have corresponded with Plaintiffs' counsel and they consent to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/ Ellen M. Murphy
Ellen M. Murphy

cc: All Counsel of Record (via ECF)

311493326v.1