**MMP&S**

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW

1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025

September 2, 2025

<u>VIA ECF</u>
Honorable Margaret M. Garnett
U.S. District Judge, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

   Re: <i>Wendy J. Williams Hunter, et ano. v. Morrissey, et al.</i>
      Docket No. 1:25-cv-5107 (MMG)
      <u>MMP&S File No. 446-32203</u>

Dear Judge Garnett:

  We represent defendants Sacks Press & Lacher, P.C. and Gary Press (together, "SP&L") in the above-referenced action. Pursuant to Section I.B.5 of the Court's Individual Rules, SP&L hereby submits this letter to request an extension of SP&L's time to respond to the Complaint up to an including October 20, 2025. No prior request for an extension of time has been made by SP&L, and plaintiffs' counsel consents to this request.

  Thank you in advance for your kind consideration in this matter.

               Respectfully submitted,

               Peter Seiden (PS0658)
               <i>John A. Lentinello</i>
               John A. Lentinello (JL0187)

PS/JAL/dmh
cc: All counsel of record (via ECF)

---

GRANTED. The deadline for SP&L to respond to the Complaint is EXTENDED until **October 20, 2025**.

SO ORDERED. Dated September 2, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

WOODBURY, NEW YORK ■ PURCHASE, NEW YORK
NEW JERSEY ■ CONNECTICUT ■ FLORIDA ■ PENNSYLVANIA