UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WENDY J. WILLIAMS HUNTER, an individual, by and through her next friend, KELVIN HUNTER; and KELVIN HUNTER, an individual,

                              Plaintiffs,

                          -against-

SABRINA E. MORRISSEY, the Guardian, in her individual and official capacity; MORRISSEY & MORRISSEY LLP; WELLS FARGO CLEARING SERVICES, LLC d/b/a WELLS FARGO ADVISORS, owned by WELLS FARGO & COMPANY; LORI SCHILLER, in her individual and official capacity; AMERICAN EXPRESS COMPANY; BRESSLER, AMERY & ROSS, P.C.; DAVID PIKUS, in his individual and official capacity; DEBMAR-MERCURY LLC; BERNIE YOUNG ENTERTAINMENT ENTERPRISES, LLC; BURNETT M. YOUNG, in his individual and official capacity; LEAH ABRAHAM; ABRAMS FENSTERMAN, LLP; CAROLYN N. WOLF, in her individual and official capacity; SACKS, PRESS & LACHER P.C.; GARY PRESS, in his individual and official capacity; WILLIAM SELBY, in his individual and official capacity; SHAWN ZANOTTI, in her individual and official capacity; RAMI KAMINSKI M.D. P.C.; RAMI KAMINSKI, in his individual and official capacity; SOLOMON'S LAW OFFICE, P.C.; PHILLIP A. SOLOMON, the Court Evaluator, in his individual and official capacity; RAFFERTY & REDLISKY LLP; LINDA REDLISKY, the Court Appointed Attorney, in her individual and official capacity; LAW OFFICES OF SALAMI-OYAKHILOME, P.C.; SADATU SALAMI-OYAKHILOME, in her individual and official capacity; ADAM SILVERA, in his individual capacity; LISA A. SOKOLOFF, in her individual and official capacity; OFFICE OF THE ATTORNEY GENERAL OF NEW YORK; ATRIA SENIOR LIVING, INC.; COTERIE LUXURY SENIOR LIVING; AMANDA CLEARS, in her individual and official capacity; and JOHN/JANE DOES 1-20,

                              Defendants.
------------------------------------------------------------------X

Civil Action No.:
1:25-cv-05107

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for Defendants Solomon's Law Office, P.C. and Phillip A. Solomon in the above-entitled action. Kindly direct all communications on this matter to the undersigned.

Dated: Uniondale, New York
September 3, 2025

                                                RIVKIN RADLER LLP

                                 By:    /s/ Thomas Wolowski
                                    Thomas Wolowski, Esq.
*Attorneys for Defendants Solomon's Law Office, P.C. and Phillip A. Solomon*
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0926
Thomas.Wolowski@rivkin.com
Tel -516-357-3000
Fax – 516-357-3333