

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**CAROL A. LASTORINO**
PARTNER
(516) 357-3101
carol.lastorino@rivkin.com

September 3, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, room 2102
New York, NY 10007

      Re:   *Williams Hunter et al v. Morrissey et al.*
             Civil Action No. 25-CV-05170 (MMG)

Dear Judge Garnett:

We were just retained to represent Defendants, Solomon's Law Office, P.C. and Phillip A. Solomon (the "Solomon Defendants") in the above-referenced matter.

We understand that Plaintiff effected service of the Summons and Complaint upon the Solomon Defendants on August 12, 2025, which made their response due on September 2, 2025. However, no affidavit of service has been filed on the CM/ECF docket, and we only learned of the service and corresponding deadline today, September 3, 2025. Pursuant to Section I.B.5 of the Court's Individual Rules, we respectfully request an extension of time to answer or otherwise respond to the Complaint until October 20, 2025. We have corresponded with Plaintiff's counsel, and they do not oppose this request. There have been no prior requests by the Solomon Defendants for an extension of time to respond to the Complaint.

Thank you for your consideration.

                                         Respectfully submitted,

                                         RIVKIN RADLER LLP

                                         /s/ *Carol A. Lastorino*

                                         Carol A. Lastorino

To: All Counsel of Record via ECF

4903-9337-9942, v. 1

66 South Pearl Street          25 Main Street, Court Plaza North     1301 Riverplace Boulevard     477 Madison Avenue          2649 South Road, Suite 100
Albany, NY 12207-1533          Suite 501                             Jacksonville, FL 32207-9047   New York, NY 10022-5818      Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199 Hackensack, NJ 07601-7082             T 904.792.8925  F 904.467.3461 T 212.455.9555  F 212.687.9044 T 845.473.8100  F 845.473.8777
                               T 201.287.2460  F 201.489.0495