UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

                                                          Case No. 1:25-cv-05107

   v.

                                                          **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                Defendants.
------------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant WILLIAM SELBY** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 20, 2025.

DATED:       September 3, 2025

Respectfully submitted,

*LaShawn Thomas*

LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com


*Celeste McCaw*

Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com


**Attachment:** Affirmation of Service for Defendant **WILLIAM SELBY**

## WORD COUNT CERTIFICATION

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 57 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

**UNITED STATES DISTRICT COURT**  
**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**  
Client: MIAMI ENTERTAINMENT LAW GROUP  
Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324

Job #: 1606280

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY<br><br>vs<br><br>SABRINA E. MORRISSEY ET AL<br><br>*Plaintiff / Defendant* | Index Number: 1:25-cv-05107<br>Client's File No.: hunter vs. morrissey<br>Court Date:<br>Date Filed: 06/26/2025 |

## AFFIRMATION OF SERVICE

ANTHONY IAVARONE, affirms and says:

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On **08/20/2025**, at **2:46 PM** at: **12 SALMON CT, BUDD LAKE, NJ 07828** Deponent served the within **Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25**

On: **WILLIAM SELBY**, Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[ ] actual place of business / employment [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

**ATTEMPTS:**
08/12/2025 6:00 PM 12 SALMON CT, BUDD LAKE, NJ 07828
08/13/2025 7:50 AM 12 SALMON CT, BUDD LAKE, NJ 07828

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of
☐ **#3 OTHER**

☒ **#4 MAILING**
On 08/21/2025, deponent enclosed a copy of same in a postpaid envelope properly addressed to WILLIAM SELBY at 12 SALMON CT, BUDD LAKE, NJ 07828 [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 8/21, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

ANTHONY IAVARONE  
DCA License #



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*