UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

                                      Case No. 1:25-cv-05107

  v.

                                      **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                Defendants.
-------------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant WELLS FARGO CLEARING SERVICES, LLC d/b/a WELLS FARGO ADVISORS, owned by WELLS FARGO & COMPANY** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 29, 2025.

DATED:      September 3, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com

*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com

**Attachment:** Affirmation of Service for Defendant **WELLS FARGO CLEARING SERVICE c/o CORPORATION SERVE COMPANY**

## WORD COUNT CERTIFICATION

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 63 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT

Job #: 1607956

Client: MIAMI ENTERTAINMENT LAW GROUP
Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY <br><br> vs <br> SABRINA E. MORRISSEY ET AL <br><br> *Plaintiff* <br><br> *Defendant* | Index Number: 1:25-cv-05107 <br><br> Client's File No.: hunter vs. morrissey <br><br> Court Date: <br><br> Date Filed: 06/26/2025 |

Nathaniel Crespo, affirms and says:

## AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 08/29/2025, at 3:22 PM at: 80 STATE STREET, ALBANY, NY 12207 affirmant served the within Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25

On: WELLS FARGO CLEARING SERVICE C/O CORPORATION SERVE COMPANY, Defendant therein named.

☒ #1 Corporation or Partnership or Trust or LLC or Non-Profit
By delivering thereat a true copy of each to LEGAL REP OF CSC personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Agent For Service Of Process authorized to accept service thereof.

☒ #2 DESCRIPTION

| Gender: Female | Race: White | | Color of hair: White |
|---|---|---|---|
| Age: Over 65 Yrs. | Height: 5ft 0in - 5ft 3in | Weight: 100-130 Lbs. | Other Features: |

☐ #3 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #4 OTHER

I affirm on 08/29/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo
DCA License #



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*