UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

    v.

SABRINA E. MORRISSEY, et al.,

                Defendants.
------------------------------------------------------------x

Case No. 1:25-cv-05107

**AFFIDAVIT OF SERVICE**

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant BERNIE YOUNG ENTERTAINMENT ENTERPRISES LLC** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 29, 2025.

DATED:       September 3, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com


*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com


**Attachment:** Affirmation of Service for Defendant **BERNIE YOUNG ENTERTAINMENT ENTERPRISES LLC**

## WORD COUNT CERTIFICATION

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 60 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**

Attorney: MIAMI ENTERTAINMENT LAW GROUP
Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY<br><br>*Plaintiff*<br><br>vs<br><br>SABRINA E. MORRISSEY ET AL<br><br>*Defendant* | INDEX #: 1:25-cv-05107<br><br>Date Filed: 06/26/2025<br><br>Client's File No.: hunter vs. morrissey |

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

**Nathaniel Crespo**, affirms and says:

Affirmant is over the age of (18) years; affirmant is not a party herein; that on **08/29/2025**, at **3:07 PM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, affirmant served the annexed

Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25

on: BERNIE YOUNG ENTERTAINMENT ENTERPRISES LLC , Defendant in this action

By delivering to and leaving with **QUEENNIZIGA MUHAMMAD** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, affirmant paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 303 LLC.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Affirmant further says that affirmant knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Gender**: Female **Race**: African American **Color of hair**: Black **Age**: 22 - 35 Yrs.

**Height**: 5ft 0in - 5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

I affirm on 08/29/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Nathaniel Crespo

Job #: 1607682

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*