UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

                                                        Case No. 1:25-cv-05107

   v.

                                                  **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                Defendants.
------------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant COTERIE LUXURY SENIOR LIVING** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 14, 2025.

DATED:       September 3, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com

*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com

**Attachment:** Affirmation of Service for Defendant **COTERIE LUXURY LIVING**

## WORD COUNT CERTIFICATION

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 58 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

Client: MIAMI ENTERTAINMENT LAW GROUP
Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY<br><br>vs *Plaintiff*<br><br>SABRINA E. MORRISSEY ET AL<br><br>*Defendant* | Index Number: 1:25-cv-05107<br><br>Client's File No.: hunter vs. morrissey<br><br>Court Date:<br><br>Date Filed: 06/26/2025 |

JEREMY COLEY, affirms and says:

## AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/14/2025, at 3:38 PM at: **505 W. 35TH STREET, NEW YORK , NY 10001** affirmant served the within **Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25**

On: **COTERIE LUXURY SENIOR LIVING** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to CHERYLL R. personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Gender: Female | Race: Asian | | Color of hair: Black |
|---|---|---|---|
| Age: 35 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 08/15/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*