UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

                                                 **Case No. 1:25-cv-05107**

   v.

                                                 **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                Defendants.
-----------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant DAVID PIKUS** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 18, 2025.

DATED:      September 3, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com


*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com


**Attachment:** Affirmation of Service for Defendant **DAVID PIKUS**

## WORD COUNT CERTIFICATION

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 57 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_/s/ LaShawn Thomas_
LaShawn N. Thomas

_/s/ Celeste McCaw_
Celeste N. McCaw

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**<br>Client: MIAMI ENTERTAINMENT LAW GROUP<br>Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324 | **Job #: 1606250** |

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY<br><br>vs     *Plaintiff*<br>SABRINA E. MORRISSEY ET AL<br><br>*Defendant* | **Index Number:** 1:25-cv-05107<br>**Client's File No.:** hunter vs. morrissey<br>**Court Date:**<br>**Date Filed:** 06/26/2025 |

**MELINDA DESMARATTES**, affirms and says:

## AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On 08/18/2025, at 6:31 PM at: **261 BROOKHAVEN WAY, SHORT HILLS, NJ 07078** affirmant served the within **Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25**

On: **DAVID H. PIKUS**, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; affirmant knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| Gender: Male | Race: White | | Color of hair: White |
|---|---|---|---|
| Age: 55-60 | Height: 5'9" | Weight: 160-170 | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New Jersey in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

I affirm on 8/20, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*Melinda Desmarattes*
**MELINDA DESMARATTES**
DCA License #



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*