UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                Plaintiffs,

                                                        Case No. 1:25-cv-05107

   v.

                                                        **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                Defendants.
-----------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached **Affirmation of Service** executed by the process server, reflecting service on **Defendant RAMI KAMINSKI** of the Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on August 19, 2025.

DATED:       September 3, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com


*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com


**Attachment:** Affirmation of Service for Defendant **RAMI KAMINSKI**

## WORD COUNT CERTIFICATION

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 57 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT
Client: MIAMI ENTERTAINMENT LAW GROUP
Address: 261 NORTH UNIVERSITY DRIVE, STE#500 PLANTATION, FL 33324

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER BY AND THROUGH HER NEXT FRIEND KELVIN HUNTER AND KELVIN HUNTER INDIVIDUALLY<br><br>vs<br><br>SABRINA E. MORRISSEY ET AL<br><br>*Plaintiff*<br><br>*Defendant* | Index Number: 1:25-cv-05107<br><br>Client's File No.: hunter vs. morrissey<br><br>Court Date:<br><br>Date Filed: 06/26/2025 |

JOHN L. HUDAK, affirms and says:

## AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On 8/19/2025, at 3:19 PM at: **940 PARK AVENUE , NEW YORK , NY 10028** affirmant served the within **Summons in a Civil Action - CIVIL COVER SHEET - COMPLAINT - CORRESPONDENCE DATED 8/8/25**

On: **RAMI KAMINSKI** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Max E (Office Manager) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Gender: Male | Race: White | | Color of hair: Brown |
|---|---|---|---|
| Age: 32 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: Office Manager |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 08/19/2025 affirmant enclosed a copy of same in a postpaid envelope properly addressed to RAMI KAMINSKI at 940 PARK AVENUE , NEW YORK , NY 10028 [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 08/19/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



JOHN L. HUDAK
DCA License # 1392295

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*