UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
− − − − − − − − − − − − − − − − − − − − − − − − − − − − − −   x

WENDY J. WILLIAMS HUNTER, an individual, by and
through her friend, KELVIN HUNTER, an individual

               Plaintiffs,

               - against -

SABRINA E. MORRISSEY, the Guardian, in her
individual and official capacity; MORRISSEY &
MORRISSEY LLP; WELLS FARGO CLEARING
SERVICES, LLC d/b/a WELLS FARGO ADVISORS,
owned by WELLS FARGO & COMPANY; LORI
SCHILLER, in her individual and official capacity;
AMERICAN EXPRESS COMPANY; BRESSLER,
AMERY & ROSS, P.C.; DAVID PIKUS, in his individual
and official capacity; DEBMAR-MERCURY LLC;
BERNIE YOUNG ENTERTAINMENT ENTERPRISES,
LLC; BURNETT M. YOUNG, in his individual and
official capacity; LEAH ABRAHAM; ABRAMS
FENSTERMAN, LLP; CAROLYN N. WOLF, in her
individual and official capacity; SACKS, PRESS &
LACHER P.C.; GARY PRESS, in his individual and
official capacity; WILLIAM SELBY, in his individual
and official capacity; SHAWN ZANOTTI, in her
individual and official capacity; RAMI KAMINSKI M.D.
P.C.; RAMI KAMINSKI, in his individual and official
capacity; SOLOMON'S LAW OFFICE, P.C.; PHILLIP A.
SOLOMON, the Court Evaluator, in his individual and
official capacity; RAFFERTY & REDLISKY LLP;
LINDA REDLISKY, the Court Appointed Attorney, in
her individual and official capacity; LAW OFFICES OF
SALAMI-OYAKHILOME, P.C.; SADATU SALAMI-
OYAKHILOME, in her individual and official capacity;
ADAM SILVERA, in his individual capacity; LISA A.
SOKOLOFF, in her individual and official capacity;
OFFICE OF THE ATTORNEY GENERAL OF NEW
YORK; ATRIA SENIOR LIVING, INC.; COTERIE
LUXURY SENIOR LIVING; AMANDA CLEARS, in her
individual and official capacity; and JOHN/JANE DOES
1-20,

               Defendants.

− − − − − − − − − − − − − − − − − − − − − − − − − − − − − −   x

**ANSWER AND
AFFIRMATIVE
<u>DEFENSES</u>**

Case No. 1:25-cv-05107

1

Defendants Rami Kaminski M.D. P.C. ("Kaminski P.C.") and Rami Kaminski ("Dr. Kaminski," and together with Kaminski P.C., collectively the "Defendants"), in his individual and official capacity, by and through their attorney, Ruskin Moscou Faltischek, P.C., as and for their Answer to the Complaint filed on June 17, 2025 (the "Complaint") by plaintiffs Wendy J. Williams Hunter, an individual, by and through her next friend, Kelvin Hunter ("Ms. Hunter") and Kelvin Hunter, an individual ("Mr. Hunter," and together with Ms. Williams, the "Plaintiffs"), states and alleges as follows[1]:

## **PRELIMINARY STATEMENT**

1.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint, and the footnotes contained therein.

2.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 2 of the Complaint.

3.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

---

[1] Unless expressly admitted, all allegations in the Complaint are denied.  The Complaint contains certain numbered and unnumbered section titles and other organizational headings to which no response is required.  To the extent that any such organizational headings in the Complaint are construed as containing substantive allegations to which a response is required, Defendants deny those allegations.  To the extent that Defendants repeat herein the titles/headings/defined terms used by Plaintiffs in the Complaint, the Defendants do not concede or admit their factual accuracy, and they expressly deny liability for damages alleged by Plaintiffs in the Complaint.

as asserted against the remaining defendants contained in paragraph 3 of the Complaint, and the footnotes contained therein.

4.      Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 4 of the Complaint, and the footnotes contained therein.

5.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

6.      Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 6 of the Complaint.

7.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.

8.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint.

## **JURISDICTION AND VENUE**

9.      Paragraph 9 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

10.    Paragraph 10 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

11.    Paragraph 11 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

12.    Paragraph 12 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

13.    Paragraph 13 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

14.    Paragraph 14 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

15.    Defendants deny that they committed wrongful acts in the Southern District of New York, but otherwise admit the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 15 of the Complaint.

16.    Paragraph 16 of the Complaint is a legal conclusion and/or argument, which does not require a response. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## **PARTIES**

*Plaintiffs*

17.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.

18.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.

*Defendants*

19.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint.

20.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint.

21.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint.

22.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint.

23.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint.

24.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

26.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint.

27.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint.

29.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.

30.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.

32.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.

33.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint.

34.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint.

35.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint.

36.     In response to paragraph 36 of the Complaint, Defendants deny that Dr. Kaminski unlawfully disclosed confidential medical information concerning Ms. Hunter, authored a conclusory letter used to initiate a guardianship proceeding without consent, examination, or proper medical basis, and was involved in decisions to establish and maintain the guardianship over Ms. Hunter, and admit the remaining allegations contained therein.

37.     In response to paragraph 37 of the Complaint, Defendants deny that Dr. Kaminski authored the Kaminski Letter without providing a basis for his medical opinion and disclosed Ms. Hunter's protected health information to Wells Fargo and Lori Schiller, without Ms. Hunter's knowledge or consent or a court order, that the Kaminski Letter was unsupported by facts, provided insufficient reasoning, lacked sufficient detail and was acquired through unlawful means, and served as the primary basis for which Wells Fargo initiated the guardianship proceeding against Ms. Hunter, and that he was personally and directly involved in decisions to establish and maintain the guardianship over Ms. Hunter, and admit the remaining allegations contained therein. In addition, Defendants state that the letter authored

by Dr. Kaminski speaks for itself. Defendants respectfully refer the Court to the letter for its complete and accurate contents and deny any allegations inconsistent therewith.

38.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint.

39.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint.

40.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint.

41.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint.

42.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint.

45.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint.

48.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint.

49.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint.

50.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 50 of the Complaint.

51.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 51 of the Complaint.

52.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 52 of the Complaint.

53.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint, and the footnote contained therein.

**STANDING**

54.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint.

55.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint.

56.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint.

57.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint.

**FACTS ALLEGED IN SUPPORT OF ALL CAUSES OF ACTION**

*Initiation of the Wells Fargo Guardianship Proceeding*

58.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint.

59.     In response to paragraph 59 of the Complaint, Defendants admit that Dr. Kaminski authored the Kaminski Letter, deny the remaining allegations contained therein, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

60.     In response to paragraph 60 of the Complaint, Defendants deny the allegations contained therein, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

61.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint.

62.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

63.    In response to paragraph 63 of the Complaint, Defendants deny that Dr. Kaminski conspired with Wells Fargo and Lori Schiller to utilize the Kaminski Letter as the primary basis to initiate a guardianship proceeding under Article 81 of the New York Mental Hygiene Law against Ms. Hunter, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

64.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint.

65.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint.

66.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint.

67.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint.

68.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

69.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint.

70.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint.

71.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

72.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

73.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint.

74.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

75.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

*Suppression of Counsel*

76.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint.

77.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint.

78.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint.

79.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

80.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint.

81.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint.

82.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint.

83.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 83 of the Complaint.

84.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint.

*Financial Exploitation and Fiduciary Breach*

85.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 85 of the Complaint.

86.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

87.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint.

88.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

89.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

90.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint.

91.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

92.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint.

93.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint.

*Targeted Harm to Ms. Hunter's Son and Family*

94.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 94 of the Complaint.

95.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

96.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint.

97.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint.

98.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint.

99.     Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 99 of the Complaint.

100.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint.

101.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint.

102.    Defendants deny the allegations as asserted against them, deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 102 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

*Silencing and Isolating Ms. Hunter through Judicial Orders*

103.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

104.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint.

105.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint.

106.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint.

107.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint.

108.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint.

109.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint.

110.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint.

111.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint.

112.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 112 of the Complaint.

113.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint.

*Imposition of the Guardianship and Financial Exploitation*

114.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint.

115.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint.

116.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint.

117.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint, and the footnote contained therein.

118.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint.

119.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint.

120.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint.

121.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

122.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint.

123.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint.

124.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint.

125.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint.

126.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint.

127.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint.

*Enlisting Handlers to Control Ms. Hunter*

128.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint.

129.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint.

130.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

131.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint.

132.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint.

133.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint.

134.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint.

135.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint.

136.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint.

*Unlawful Confinement*

137.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint.

138.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint, and respectfully refer the Court to the referenced document therein for its complete and accurate contents. Defendants deny any allegations inconsistent with the referenced document.

139.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint.

140.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint.

141.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint.

142.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint.

## CAUSES OF ACTION

143.    Paragraph 143 of the Complaint is a legal conclusion and/or argument, to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

144.    Paragraph 144 of the Complaint is a legal conclusion and/or argument, to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

145.    Paragraph 145 of the Complaint is a legal conclusion and/or argument, to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in therein.

### COUNT I – VIOLATION OF DUE PROCESS
#### *Fourteenth Amendment and 42 U.S.C. § 1983*
**(Against Morissey & Morrisey, LLP, Sabrina Morrisey, Wells Fargo, Lori Schiller, Bressler, Amery & Ross, P.C., David Pikus, Abrams Fensterman, LLP, Carolyn Wolf, Solomon's Law Office, P.C., Phillip Solomon, Rafferty & Redlisky, LLP, Linda Redlisky, Law Offices of Salami-Oyakhilome, Sadatu Salami, Judge Adam Silvera, Judge Lisa Sokoloff, and NYAG)**

146.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

147.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 147 of the Complaint.

*Jurisdictional Overreach and Improper Invalidation of Power of Attorney*

148.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint.

149.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint.

150.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint.

151.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint.

152.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint.

*Suppression of Legal Representation*

153.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint.

154.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint.

155.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 155 of the Complaint.

156.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint.

157.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint.

158.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint.

159.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Complaint.

160.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 160 of the Complaint.

*Lack of Evidentiary Basis and Judicial Basis*

161.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Complaint.

162.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint.

163.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint.

164.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint.

165.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Complaint.

166.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Complaint.

167.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint.

168.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Complaint.

*Failure to Implement Statutory Safeguards*

169.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint.

170.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint.

171.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint.

172.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 172 of the Complaint.

173.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint.

*Continuing Harm and Unlawful Confinement*

174.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Complaint.

175.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 175 of the Complaint.

176.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint.

177.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Complaint.

178.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 178 of the Complaint.

179.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 179 of the Complaint.

## COUNT II – VIOLATION OF FREE SPEECH AND ACCESS TO COURTS
### *First Amendment, Fourteenth Amendment and 42 U.S.C. § 1983*
**(Against Morissey & Morissey, LLP, Sabrina Morrisey, Wells Fargo, Bressler, Amery & Ross, P.C., David Pikus, Abrams Fensterman, LLP, Carolyn Wolf, Solomon's Law Office, P.C., Phillip Solomon, Rafferty & Redlisky, LLP, Linda Redlisky, Law Offices of Salami-Oyakhilome, Sadatu Salami, Judge Adam Silvera, and Judge Lisa Sokoloff)**

180.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

181.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 181 of the Complaint.

182.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Complaint.

*Freedom of Speech*

183.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Complaint.

184.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Complaint.

185.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint.

186.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 of the Complaint.

187.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the Complaint.

188.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Complaint.

189.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint.

190.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Complaint.

191.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint.

192.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint.

193.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 of the Complaint.

*Access to Courts*

194.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 194 of the Complaint.

195.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Complaint.

196.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint.

197.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the Complaint.

198.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Complaint.

199.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint.

200.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint.

201.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint.

202.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Complaint.

203.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint.

204.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint.

205.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Complaint.

206.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Complaint.

207.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint.

208.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Complaint.

209.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 209 of the Complaint.

210.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 210 of the Complaint.

211.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 211 of the Complaint.

212.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 212 of the Complaint.

## COUNT III – UNLAWFUL ISOLATION, DENIAL OF FAMILY ASSOCIATION RIGHTS, AND INTERFERENCE WITH LEGAL COUNSEL
### *First Amendment, Fourteenth Amendment, 42 U.S.C. § 1983, and N.Y. Const. art. I §§ 6, 11*
### (Against Morissey & Morissey, LLP, Sabrina Morrisey, Judge Lisa Sokoloff, Atria Senior Living, Inc., and Coterie)

213.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

214.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 214 of the Complaint, and the footnote contained therein.

215.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 215 of the Complaint.

216.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint.

*Unlawful Isolation and Denial of Family Association Rights*

217.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint.

218.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 218 of the Complaint.

219.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 219 of the Complaint.

220.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 220 of the Complaint.

221.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 221 of the Complaint.

222.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 222 of the Complaint.

223.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 223 of the Complaint.

224.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 224 of the Complaint.

225.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 225 of the Complaint.

226.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 226 of the Complaint.

*Interference with Legal Counsel*

227.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 227 of the Complaint.

228.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 228 of the Complaint.

229.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 229 of the Complaint.

230.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 230 of the Complaint.

231.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 231 of the Complaint.

232.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 232 of the Complaint.

233.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 233 of the Complaint.

234.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 234 of the Complaint.

235.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 235 of the Complaint.

## COUNT IV – VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA)
### *42 U.S.C. §§ 1201 et seq. and § 504 of the Rehabilitation Act of 1973*
**(Against Morissey & Morissey, LLP, Sabrina Morrisey, Solomon's Law Office, P.C., Phillip Solomon, Rafferty & Redlisky, LLP, Linda Redlisky, and Judge Lisa Sokoloff)**

236.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

237.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 237 of the Complaint.

238.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the Complaint.

239.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 239 of the Complaint.

240.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 240 of the Complaint.

241.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 241 of the Complaint.

242.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 242 of the Complaint.

243.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 243 of the Complaint.

244.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 244 of the Complaint.

245.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 245 of the Complaint.

246.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 246 of the Complaint.

247.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 247 of the Complaint.

## COUNT V – VIOLATION OF CIVIL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) CLAIM / RICO CONSPIRACY
### *18 U.S.C. § 1962(c) and (d)*
### (Against All Defendants, with the exception of NYAG)

248.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

249.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 249 of the Complaint.

250.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 250 of the Complaint.

**Parties and Roles in the Enterprise**

251.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 251 of the Complaint.

252.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 253 of the Complaint.

253.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 253 of the Complaint.

254.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 254 of the Complaint.

## Predicate Acts Under 18 U.S.C. § 1961(1)

255.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 255 of the Complaint.

*Wire Fraud (18 U.S.C. § 1343) and Mail Fraud (18 U.S.C. § 1341)*

256.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 256 of the Complaint.

257.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 257 of the Complaint.

258.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 258 of the Complaint.

259.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 259 of the Complaint.

260.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 260 of the Complaint.

261.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 261 of the Complaint.

262.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 262 of the Complaint.

263.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 263 of the Complaint.

264.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 264 of the Complaint.

265.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 265 of the Complaint.

266.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 266 of the Complaint.

267.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 267 of the Complaint.

268.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 268 of the Complaint.

*Obstruction of Justice (18 U.S.C. § 1503)*

269.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 269 of the Complaint.

270.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 270 of the Complaint.

271.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 271 of the Complaint.

272.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 272 of the Complaint.

273.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 273 of the Complaint.

274.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 274 of the Complaint.

*Financial Exploitation*

275.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 275 of the Complaint.

276.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 276 of the Complaint.

277.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 277 of the Complaint.

278.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 278 of the Complaint.

279.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 279 of the Complaint.

280.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 280 of the Complaint.

281.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 281 of the Complaint.

282.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 282 of the Complaint.

283.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 283 of the Complaint.

*Bank Fraud (18 U.S.C. § 1344)*

284.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 284 of the Complaint.

*Theft from an Interstate Financial Institution (18 U.S.C. § 2113)*

285.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 285 of the Complaint.

*Witness Tampering and Retaliation (18 U.S.C. § 1512)*

286.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 286 of the Complaint.

287.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 287 of the Complaint.

*Monetary Transactions in Criminally Derived Property (18 U.S.C. § 1957)*

288.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 288 of the Complaint.

289.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 289 of the Complaint.

*Privacy Violations*

290.    Defendants deny the allegations contained in paragraph 290 of the Complaint.

291.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 291 of the Complaint.

*Conspiracy (18 U.S.C. § 1962(d))*

292.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 292 of the Complaint.

293.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 293 of the Complaint.

294.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 294 of the Complaint.

295.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 295 of the Complaint.

296.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 296 of the Complaint.

297.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 297 of the Complaint.

298.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 298 of the Complaint.

## COUNT VI – VIOLATION OF THE TRUTH LENDING ACT (TILA) / BANK MALFEASANCE
### *15 U.S.C. §§ 1601 et seq.*
### (Against Wells Fargo and AMEX)

299.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

300.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 300 of the Complaint.

301.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 301 of the Complaint.

302.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 302 of the Complaint.

303.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 303 of the Complaint.

304.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 304 of the Complaint.

305.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 305 of the Complaint.

306.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 306 of the Complaint.

307.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 307 of the Complaint.

308.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 308 of the Complaint.

309.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 309 of the Complaint.

310.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 310 of the Complaint.

311.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 311 of the Complaint.

312.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 312 of the Complaint.

313.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 313 of the Complaint.

## COUNT VII – VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA)
### *15 U.S.C. §§ 1681s-2 and 1681i*
### (Against Wells Fargo and Lori Schiller)

314.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

315.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 315 of the Complaint.

316.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 316 of the Complaint.

317.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 317 of the Complaint.

318.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 318 of the Complaint.

## COUNT VIII – VIOLATION OF THE GRAMM-LEACH-BLILEY ACT (GLBA) / FINANCIAL EXPLOITATION
### *15 U.S.C. §§ 6802-6803*
### (Against Wells Fargo and Lori Schiller)

319.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

320.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 320 of the Complaint.

321.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 321 of the Complaint.

322.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 322 of the Complaint.

323.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 323 of the Complaint.

324.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 324 of the Complaint.

325.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 325 of the Complaint.

### COUNT IX – TORTIOUS INTERFERENCE WITH CONTRACTUAL OBLIGATIONS
### (Against Wells Fargo, Lori Schiller, and Sabrina Morrissey)

326.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

*Marital Settlement Agreement*

327.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 327 of the Complaint.

328.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 328 of the Complaint.

329.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 329 of the Complaint.

330.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 330 of the Complaint.

331.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 331 of the Complaint.

332.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 332 of the Complaint.

333.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 333 of the Complaint.

334.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 334 of the Complaint.

335.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 335 of the Complaint.

336.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 336 of the Complaint.

*Real Estate Agreement*

337.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 337 of the Complaint.

338.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 338 of the Complaint.

339.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 339 of the Complaint.

340.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 340 of the Complaint.

341.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 341 of the Complaint.

## COUNT X – BREACH OF THIRD-PARTY BENEFICIARY RIGHTS
### (Against Sabrina Morissey)

342.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

343.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 343 of the Complaint.

344.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 344 of the Complaint.

345.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 345 of the Complaint.

346.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 346 of the Complaint.

347.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 347 of the Complaint.

348.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 348 of the Complaint.

349.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 349 of the Complaint.

## COUNT XI – BREACH OF FIDUCIARY DUTY
**(Against Morrissey & Morrissey LLP, Sabrina Morrissey, Wells Fargo, Lori Schiller, AMEX, Bernie Young, Bernie Young Entertainment Enterprises, LLC, Sacks, Press & Lacher P.C., Gary Press, Rami Kaminski M.D. P.C., Dr. Rami Kaminski, Rafferty & Redlisky LLP, Linda Redlisky, Law Offices of Salami-Oyakhilome P.C., Sadatu Salami, and Amanda Clears)**

350.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

351.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 351 of the Complaint.

352.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 352 of the Complaint.

*Court-appointed Guardian*

353.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 353 of the Complaint.

354.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 354 of the Complaint.

355.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 355 of the Complaint.

356.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 356 of the Complaint.

357.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 357 of the Complaint.

*Financial/Accounting Institution and Advisor*

358.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 358 of the Complaint.

359.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 359 of the Complaint.

360.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 360 of the Complaint.

361.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 361 of the Complaint.

362.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 362 of the Complaint.

363.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 363 of the Complaint.

364.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 364 of the Complaint.

365.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 365 of the Complaint.

366.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 366 of the Complaint.

*Manager*

367.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 367 of the Complaint.

368.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 368 of the Complaint.

*Legal Counsel*

369.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 369 of the Complaint.

*Care Provider*

370.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 370 of the Complaint.

371.    Defendants deny the allegations contained in paragraph 371 of the Complaint.

372.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 372 of the Complaint.

373.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 373 of the Complaint.

374.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 374 of the Complaint.

375.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 375 of the Complaint.

## COUNT XII – CONSTRUCTIVE FRAUD
**(Against Morrissey & Morrissey, LLP, Sabrina Morrissey, Wells Fargo, Lori Schiller, Bernie Young, Bernie Young Entertainment Enterprises, LLC, Gary Press, Sacks, Press & Lacher, P.C., William Selby, Shawn Zanotti, Rami Kaminski M.D. P.C., Dr. Rami Kaminski, Solomon's Law Office, P.C., Phillip Solomon, Rafferty & Redlisky, LLP, Linda Redlisky, Law Offices of Salami-Oyakhilome, Sadatu Salami, and Judge Lisa Sokoloff)**

376.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

377.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 377 of the Complaint.

378.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 378 of the Complaint.

379.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 379 of the Complaint.

380.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 380 of the Complaint.

381.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 381 of the Complaint.

382.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 382 of the Complaint.

383.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 383 of the Complaint.

384.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 384 of the Complaint.

385.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 385 of the Complaint.

386.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 386 of the Complaint.

387.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 387 of the Complaint.

388.    Defendants deny the allegations contained in paragraph 388 of the Complaint.

389.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 389 of the Complaint.

390.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 390 of the Complaint.

391.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 391 of the Complaint, and the footnote contained therein.

392.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 392 of the Complaint.

393.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 393 of the Complaint.

394.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 394 of the Complaint.

395.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 395 of the Complaint.

## COUNT XIII – CIVIL CONSPIRACY
### (Against All Defendants with the exception of NYAG)

396.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

397.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 397 of the Complaint.

398.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 398 of the Complaint.

399.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 399 of the Complaint.

400.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 400 of the Complaint.

401.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 401 of the Complaint.

402.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 402 of the Complaint.

403.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 403 of the Complaint.

404.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 404 of the Complaint.

405.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 405 of the Complaint.

406.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 406 of the Complaint.

407.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 407 of the Complaint.

408.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 408 of the Complaint.

409.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 409 of the Complaint.

410.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 410 of the Complaint.

411.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 411 of the Complaint.

412.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 412 of the Complaint.

## COUNT XIV – CONVERSION
**(Against Morrissey & Morrissey LLP, Sabrina Morrissey, Wells Fargo, Lori Schiller, Bernie Young, Bernie Young Entertainment Enterprises, LLC, and Leah Abraham)**

413.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

414.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 414 of the Complaint.

415.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 415 of the Complaint.

416.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 416 of the Complaint.

417.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 417 of the Complaint.

418.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 418 of the Complaint.

419.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 419 of the Complaint.

420.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 420 of the Complaint.

421.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 421 of the Complaint.

422.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 422 of the Complaint.

423.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 423 of the Complaint.

## COUNT XV – NEGLIGENCE / PROFESSIONAL MALPRACTICE
**(Against Morrissey & Morrissey LLP, Sabrina Morrissey, Wells Fargo, Lori Schiller, Bressler, Amery & Ross, P.C., David Pikus, Bernie Young, Bernie Young Entertainment Enterprises, LLC, Rami Kaminski M.D. P.C., Dr. Rami Kaminski, Rafferty & Redlisky LLP, Linda Redlisky, Law Offices of Salami-Oyakhilome, Sadatu Salami, and Amanda Clears)**

424.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

425.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 425 of the Complaint.

426.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 426 of the Complaint.

427.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 427 of the Complaint.

*Breach of Duty by Sabrina Morrissey*

428.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 428 of the Complaint.

429.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 429 of the Complaint.

430.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 430 of the Complaint.

431.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 431 of the Complaint.

432.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 432 of the Complaint.

433.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 433 of the Complaint.

434.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 434 of the Complaint.

435.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 435 of the Complaint.

*Breach of Duty by Wells Fargo and Lori Schiller*

436.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 436 of the Complaint.

437.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 437 of the Complaint.

438.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 438 of the Complaint.

439.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 439 of the Complaint.

440.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 440 of the Complaint.

441.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 441 of the Complaint.

442.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 442 of the Complaint.

*Breach of Duty by David Pikus*

443.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 443 of the Complaint.

444.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 444 of the Complaint.

445.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 445 of the Complaint.

*Breach of Duty by Bernie Young*

446.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 446 of the Complaint.

447.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 447 of the Complaint.

448.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 448 of the Complaint.

449.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 449 of the Complaint.

450.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 450 of the Complaint.

451.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 451 of the Complaint.

452.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 452 of the Complaint.

453.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 453 of the Complaint.

454.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 454 of the Complaint.

*Breach of Duty by Dr. Rami Kaminski*

455.    Defendants deny the allegations contained in paragraph 455 of the Complaint.

456.    Defendants deny the allegations contained in paragraph 456 of the Complaint.

457.    Defendants deny the allegations contained in paragraph 457 of the Complaint.

458.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 458 of the Complaint.

459.    Defendants deny the allegations contained in paragraph 459 of the Complaint.

460.    Defendants deny the allegations contained in paragraph 460 of the Complaint.

461.    Defendants deny the allegations contained in paragraph 461 of the Complaint.

462.    Defendants deny the allegations contained in paragraph 462 of the Complaint.

463.    Defendants deny the allegations contained in paragraph 463 of the Complaint.

*Breach of Duty by Linda Redlisky and Sadatu Salami*

464.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 464 of the Complaint.

465.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 465 of the Complaint.

466.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 466 of the Complaint.

467.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 467 of the Complaint.

468.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 468 of the Complaint.

*Breach of Duty by Amanda Clears*

469.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 469 of the Complaint.

470. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 470 of the Complaint.

471. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 471 of the Complaint.

472. Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 472 of the Complaint.

473. Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 473 of the Complaint.

## COUNT XVI – NEGLIGENT HIRING, SUPERVISION OR RETENTION
**(Against Wells Fargo, Bressler, Amery & Ross, P.C., Debmar, Bernie Young Entertainment Enterprises, LLC, Abrams Fensterman, LLP, Sacks, Press & Lacher, P.C., Rami Kaminski M.D. P.C., Solomon's Law Office, P.C., Rafferty & Redlisky LLP, Law Offices of Salami-Oyakhilome, Artia Senior Living, Inc. and Coterie)**

474. Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

*Against Wells Fargo*

475. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 475 of the Complaint.

476. Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 476 of the Complaint.

477.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 477 of the Complaint.

478.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 478 of the Complaint.

*Against Bressler, Amery & Ross, P.C.*

479.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 479 of the Complaint.

480.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 480 of the Complaint.

481.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 481 of the Complaint.

482.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 482 of the Complaint.

483.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 483 of the Complaint.

484.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 484 of the Complaint.

485.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 485 of the Complaint.

486.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 486 of the Complaint.

487.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 487 of the Complaint.

488.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 488 of the Complaint.

*Against Debmar*

489.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 489 of the Complaint.

490.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 490 of the Complaint.

491.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 491 of the Complaint.

492.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 492 of the Complaint.

493.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 493 of the Complaint.

*Against Bernie Young Entertainment Enterprises, LLC*

494.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 494 of the Complaint.

495.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 495 of the Complaint.

496.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 496 of the Complaint.

497.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 497 of the Complaint.

*Against Abrams Fensterman, LLP*

498.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 498 of the Complaint.

499.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 499 of the Complaint.

500.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 500 of the Complaint.

501.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 501 of the Complaint.

502.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 502 of the Complaint.

503.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 503 of the Complaint.

504.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 504 of the Complaint.

*Against Sacks, Press & Lacher, P.C.*

505.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 505 of the Complaint.

506.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 506 of the Complaint.

507.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 507 of the Complaint.

508.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 508 of the Complaint.

509.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 509 of the Complaint.

510.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 510 of the Complaint.

*Against Rami Kaminski M.D. P.C.*

511.    Defendants deny the allegations contained in paragraph 511 of the Complaint.

512.    Defendants deny the allegations contained in paragraph 512 of the Complaint.

513.    Defendants deny the allegations contained in paragraph 513 of the Complaint.

514.    Defendants deny the allegations contained in paragraph 514 of the Complaint.

515.    Defendants deny the allegations contained in paragraph 515 of the Complaint.

*Against Solomon's Law Office, P.C.*

516.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 516 of the Complaint.

517.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 517 of the Complaint.

518.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 518 of the Complaint.

519.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 519 of the Complaint.

520.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 520 of the Complaint.

521.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 521 of the Complaint.

522.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 522 of the Complaint.

*Against Rafferty & Redlisky LLP*

523.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 523 of the Complaint.

524.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 524 of the Complaint.

525.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 525 of the Complaint.

526.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 526 of the Complaint.

527.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 527 of the Complaint.

528.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 528 of the Complaint.

*Against Law Offices of Salami-Oyakhilome*

529.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 529 of the Complaint.

530.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 530 of the Complaint.

531.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 531 of the Complaint.

532.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 532 of the Complaint.

533.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 533 of the Complaint.

534.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 534 of the Complaint.

535.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 535 of the Complaint.

*Against Atria Senior Living, Inc. and Coterie*

536.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 536 of the Complaint.

537.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 537 of the Complaint.

538.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 538 of the Complaint.

539.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 539 of the Complaint.

540.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 540 of the Complaint.

541.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 541 of the Complaint.

<u>**COUNT XVII – INVASION OF PRIVACY**</u>
***N.Y. Civ. Rights Law §§ 50 and 51***
**(Against Amanda Clears)**

542.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

543.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 543 of the Complaint.

544.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 544 of the Complaint.

545.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 545 of the Complaint.

546.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 546 of the Complaint.

547.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 547 of the Complaint.

**COUNT XVIII – VIOLATION OF NEW YORK JUDICIARY LAW § 487**
**(Against Sabrina Morrissey, Morrissey & Morrissey LLP, David Pikus, Bressler, Amery & Ross, P.C., Carolyn Wolf, Abrams & Fensterman LLP, Phillip Solomon, Solomon's Law Office, P.C. Linda Redlisky, Rafferty & Redlisky LLP, Sadatu Salami, and Law Offices of Salami-Oyakhilome)**

548.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

549.    Paragraph 549 is a legal conclusion and/or argument, to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 549 of the Complaint.

550.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 550 of the Complaint.

*Against Sabrina Morrissey and Morrissey & Morrissey LLP*

551.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 551 of the Complaint.

552.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 552 of the Complaint.

553.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 553 of the Complaint.

554.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 554 of the Complaint.

*Against David Pikus and Bressler, Amery & Ross, P.C.*

555.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 555 of the Complaint.

556.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 556 of the Complaint.

557.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 557 of the Complaint.

*Against Carolyn Wolf and Abrams Fensterman, LLP*

558. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 558 of the Complaint.

559. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 559 of the Complaint.

560. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 560 of the Complaint.

561. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 561 of the Complaint.

*Against Phillip Solomon and Solomon's Law Office, P.C.*

562. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 562 of the Complaint.

563. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 563 of the Complaint.

564. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 564 of the Complaint.

*Against Linda Redlisky and Rafferty & Redlisky LLP*

565. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 565 of the Complaint.

566. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 566 of the Complaint.

567.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 567 of the Complaint.

568.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 568 of the Complaint.

*Against Sadatu Salami and Law Offices of Salami-Oyakhilome*

569.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 569 of the Complaint.

570.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 570 of the Complaint.

571.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 571 of the Complaint.

572.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 572 of the Complaint.

573.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 573 of the Complaint.

574.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 574 of the Complaint.

575.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 575 of the Complaint.

### COUNT XIX – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
**(Against Sabrina Morrissey, Lori Schiller, David Pikus, Bernie Young, Phillip Solomon, Linda Redlisky, and Amanda Clears)**

576.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

*Against Lori Schiller, Sabrina Morrissey, David Pikus, Bernie Young, Phillip Solomon, and Linda Redlisky*

577.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 577 of the Complaint.

578.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 578 of the Complaint.

579.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 579 of the Complaint.

580.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 580 of the Complaint.

581.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 581 of the Complaint.

*Against Amanda Clears*

582.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 582 of the Complaint.

583.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 583 of the Complaint.

584.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 584 of the Complaint.

585.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 585 of the Complaint.

## COUNT XX – DEFAMATION
### (Against Sabrina Morrissey, Lori Schiller, David Pikus, Bernie Young, Phillip Solomon, and Linda Redlisky)

586.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

587.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 587 of the Complaint.

588.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 588 of the Complaint.

589.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 589 of the Complaint.

590.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 590 of the Complaint.

591.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 591 of the Complaint.

592.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 592 of the Complaint.

593.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 593 of the Complaint.

594.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 594 of the Complaint.

595.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 595 of the Complaint.

596.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 596 of the Complaint.

597.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 597 of the Complaint.

598.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 598 of the Complaint.

## COUNT XXI – DECLARATORY AND INJUNCTIVE RELIEF
### *Pursuant to 28 U.S.C. §§ 2201-2202 and Fed. R. Civ. P. 57*
### (Against All Applicable Defendants, including NYAG)

599.    Defendants repeat and reallege each and every response set forth in the preceding paragraphs as if fully set forth herein.

600.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 600 of the Complaint.

601.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 601 of the Complaint.

602.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 602 of the Complaint.

603.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 603 of the Complaint.

604.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 604 of the Complaint.

605.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 605 of the Complaint.

606.   Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 606 of the Complaint.

607.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 607 of the Complaint.

608.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 608 of the Complaint.

609.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 609 of the Complaint.

610.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 610 of the Complaint.

## **PUNITIVE DAMAGES**

611.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations

as asserted against the remaining defendants contained in paragraph 611 of the Complaint.

612.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 612 of the Complaint.

613.    Defendants deny the allegations as asserted against them, and deny knowledge or information sufficient to form a belief as to the truth of the allegations as asserted against the remaining defendants contained in paragraph 613 of the Complaint.

## AS AND FOR DEFENDANTS' SEPARATE AND COMPLETE DEFENSES

Defendants hereby state their separate and complete defenses to the Complaint. By listing any matter as an affirmative defense, Defendants do not assume the burden of proving any matter upon which Plaintiffs bears the burden of proof under applicable law.

## AS AND FOR A FIRST SEPARATE AND COMPLETE DEFENSE

1.    Plaintiffs fail to state a claim upon which relief may be granted.

## AS AND FOR A SECOND SEPARATE AND COMPLATE DEFENSE

2.    Plaintiffs' damages, if any, were caused, in whole or in part, by Plaintiffs' own acts and omissions or culpable conduct.

## AS AND FOR A THIRD SEPARATE AND COMPLETE DEFENSE

3.     Plaintiffs' claims are barred by the doctrines of judicial estoppel, equitable estoppel, collateral estoppel, waiver, release, unclean hands, accord and satisfaction, and/or laches.

### AS AND FOR A FOURTH SEPARATE AND COMPLETE DEFENSE

4.     Plaintiffs' claims are barred, in whole or in part, by documentary evidence.

### AS AND FOR A FIFTH SEPARATE AND COMPLETE DEFENSE

5.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damages, if any, are indirect and not actually or proximately caused by Defendants.

### AS AND FOR AN SIXTH SEPARATE AND COMPLETE DEFENSE

6.     Plaintiffs' claims are barred, in whole or in part, because none of Plaintiffs' claimed damages were caused by an act or omission of Defendants.

### AS AND FOR A SEVENTH SEPARATE AND COMPLETE DEFENSE

7.     On information and belief, Plaintiffs failed to properly mitigate their damages.

### AS AND FOR A EIGHTH  SEPARATE AND COMPLEETE DEFENSE

8.     Plaintiffs are not entitled to punitive damages, statutory damages, treble damages, pre and post judgment interest, costs, disbursements, or attorney's fees in connection with this action.

### AS AND FOR A NINTH SEPARATE AND COMPLETE DEFENSE

9.    Plaintiffs' claims are barred, in whole or in part because Plaintiffs lack standing.

### AS AND FOR A TENTH SEPARATE AND COMPLETE DEFENSE

10.    Plaintiffs' claims are barred, in whole or in part because the statute of limitations has expired.

### AS AND FOR AN ELEVENTH SEPARATE AND COMPLETE DEFENSE

11.    Plaintiffs' claims are barred, in whole or in part because the court lacks subject matter jurisdiction.

### AS AND FOR A TWELFTH SEPARATE AND COMPLETE DEFENSE

12.    The Complaint fails to meet the requirements of Fed. R. Civ. Pro. Rule 8.

### AS AND FOR A THIRTEENTH SEPARATE AND COMPLETE DEFENSE

13.    Plaintiffs' claims are barred, in whole or in part because Plaintiffs failed to include a necessary party.

### AS AND FOR A FOURTEENTH SEPARATE AND COMPLETE DEFENSE

14.    Plaintiffs' claims are barred, in whole or in part because Plaintiff failed to meet the heightened pleading standard under Fed. R. Civ. Pro. Rule 9(b).

### AS AND FOR A FIFTEENTH SEPARATE AND COMPLETE DEFENSE

15.    Plaintiffs' claims are barred, in whole or in part by the *Rooker-Feldman* doctrine.

16.    This Court is barred, in whole or in part, from reviewing the judgments and decisions of the New York State Supreme Court in the underlying guardianship proceeding of Ms. Hunter.

17.    Plaintiffs' claims would essentially require this Court to review and overturn prior ruling(s) duly issued by the New York State Supreme Court.

## AS AND FOR A SIXTEENTH SEPARATE AND COMPLETE DEFENSE

18.    Plaintiffs' claims are barred, in whole or in part by the abstention doctrine.

19.    This Court is barred, in whole or in part, from interfering in the underlying guardianship proceedings pending in the New York State Supreme Court that involves New York state law.

## RESERVATION OF RIGHTS

20.    Defendants reserve the right to raise and plead additional defenses which might become known during the course of discovery, as well as to dismiss any defenses, which as a result of discovery, are determined to be unsupported by a good faith reliance upon either the facts or the law, or a non-frivolous argument for extension, modification or reversal of existing law or the establishment of new law.

**WHEREFORE**, Defendants Rami Kaminski M.D. P.C. and Rami Kaminski, in his individual and official capacity, demands judgment against Plaintiffs, as follows:

(a)    That the Complaint be dismissed in its entirety, with prejudice;

(b)    That judgment be awarded to Defendants based upon their affirmative defenses; and

87

(c)    Together with such other and further relief that the Court deems just and proper.

Dated: Uniondale, New York
         September 8, 2025

                                          **RUSKIN MOSCOU FALTISCHEK PC**

                                          By: */s/ Briana Enck-Smith*
                                                Alexander G. Bateman, Jr.
                                                Adam H. Russ
                                                Briana A. Enck-Smith
                                                *Attorney for Defendants*
                                                1425 RXR Plaza
                                                East Tower, 15th Floor
                                                Uniondale, NY 11556
                                                (516) 663-6600
                                                abateman@rmfpc.com
                                                aruss@rmfpc.com
                                                benck-smith@rmfpc.com

TO: All Counsel of Record (by ECF)