**Civil Court of the City of New York**
County of New York

Index Number 1:25-CV-5107-MMG

**SELF REPRESENTED**
**WRITTEN ANSWER**
**AND VERIFICATION**

Wendy Williams Hunter, et al.
-against-
Plaintiff(s),

Morrissey, et al.
Defendant(s),

Miami Entertainment Law Group

*Plaintiff/Attorney for Plaintiff*

**WRITTEN ANSWER**

I Lech Abraham, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. __X__ General Denial *(I deny the allegations in the complaint)*
2. _____

3. Counterclaim: $_____   Reason: _____

9/5/25
Date

Signature of Defendant in Person
211 9th Street
Defendant's Address

917.951.55(6
Defendant's Telephone No.

Brooklyn, NY 11215
City, State, Zip Code

**VERIFICATION**

State of New York, County of Queens ss.:

I affirm this 5 day of September, 20 25, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

(Print) Jiwon Ta  (Sign) _____

*Defendant is to have a copy of this answer served on Plaintiff or Attorney for Plaintiff and file the original with proof of service.*

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml

| For Court Use Only |
| --- |
| Initial Calendar Date: _____ |
| Both Sides Notified: _____ |



From: Sean Hartman
211 9th St. Apt 1
Brooklyn NY 11215
M: 917-951-5506

To Clerk's Office

RECEIVED
SDNY PRO SE OFFICE
2025 SEP -9 PM 1:47