UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, an individual,
by and through her next friend, KELVIN HUNTER;
and KELVIN HUNTER, an individual,

                Plaintiffs,

                              Case No. 1:25-cv-05107

v.

                              **NOTICE OF MOTION**

SABRINA E. MORRISSEY, et al.

                Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying motion, Plaintiffs, by and through undersigned counsel, hereby request an order from the Court authorizing substituted service for Defendants ~~Burn~~ett M. Young, Carolyn N. Wolf, and Rami Kaminski M.D. P.C.

DATED:    September 19, 2025

                                                  Respectfully submitted,

                                                  *LaShawn Thomas*
                                                  LaShawn N. Thomas
                                                  MIAMI ENTERTAINMENT LAW GROUP
                                                  Email: lthomas@miamientertainmentlawgroup.com

                                                  *Celeste McCaw*
                                                  Celeste N. McCaw
                                                  MIAMI ENTERTAINMENT LAW GROUP
                                                  261 North University Drive, Suite 500

Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com

GRANTED in part and DENIED in part. Plaintiffs' request to serve Defendants Carolyn N. Wolf and Dr. Rami Kaminski M.D. P.C. through alternative means is GRANTED. Plaintiffs' request as to Defendant Burnett M. Young is DENIED without prejudice to renewal. Plaintiffs have not provided sufficient information to show that service to Mr. Young's last known address or by email is likely to reach him. Plaintiffs may submit a renewed request that provides this information. *See Noble v. Crazetees.com*, No. 13-CV-5086 (PAE), 2014 WL 12792236, at *2 (S.D.N.Y. Jan. 28, 2014) (granting alternative service only upon a sufficient showing by Plaintiff that the requested means were likely to reach Defendants).

SO ORDERED. Dated September 23, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE