# DIAMOND McCARTHY

Attorneys & Counselors
E-Mail Address: adiamond@diamondmccarthy.com

October 3, 2025

**VIA CM/ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Williams-Hunter v. Morrisey*
      No.: 1:25-cv-5107 [MMG]

Dear Judge Garnett:

I understand that the Court scheduled an Initial Pretrial Conference for the above-captioned matter for October 9, 2025 at 8:30 a.m.

As you will recall, New York Supreme Court Justice Lisa A. Sokoloff (the "Guardianship Court") appointed me to serve as WWH's counsel in connection with her pending guardianship proceedings. I have moved to intervene (the "Motion") in the above-captioned matter. Plaintiff filed a sur-reply in support of his opposition to the Motion on August 27, 2025 [ECF 106], and all papers in connection with the Motion have been fully submitted.

Because the Motion remains under submission, I respectfully request guidance as to whether the Court wishes that I appear at the October 9 Initial Pretrial Conference so that I can make appropriate plans on whether to attend that day.

Thank you for your guidance and attention to this matter.

Respectfully submitted,

Allan B. Diamond

All Counsel of Record (*via ECF*)