


261 North University Drive Ste 500-45,
Plantation, Florida 33324

O: 305-417-6450 | F: 305-417-6452

www.MiamiEntertainmentLawGroup.com

October 3, 2025

<u>**VIA ECF**</u>
Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

  **RE:** **WENDY J. WILLIAMS HUNTER, et al. v. MORRISSEY, et al.**
     **Docket No.: 1:25-cv-5107-MMG**

Dear Judge Garnett:

  In accordance with Rule I. B. 1. of Your Honor's Individual Rules & Practices, Plaintiffs, through undersigned counsel, respectfully submit this correspondence in response to Allan B. Diamond's October 3, 2025 correspondence (Dkt No. 173), in which he seeks guidance as to whether he should attend the October 9, 2025 Initial Pretrial Conference. Diamond's Motion to Intervene has not been granted. As a result, he cannot file a Notice of Appearance and remains a non-party. He therefore has no standing to appear at the conference or to sit at Plaintiffs' table.

  As set forth in Plaintiffs' prior filings, Allan B. Diamond's motion to intervene is procedurally defective because it fails to comply with Federal Rule of Civil Procedure 24(c), which mandates that a proposed intervenor attach a pleading stating the claim or defense for which intervention is sought. Further, Allan B. Diamond's stated intention to "nonsuit and dismiss" Plaintiffs' claims (Dkt No. 99 at 3) and to assert defendants' jurisdictional and immunity defenses confirms that his position is adverse to Plaintiffs and aligned with the defense—not protective of Ms. Hunter's federal rights.

  For these reasons, Plaintiffs respectfully request that the Court hold that until the Court rules on his motion to intervene, Allan B. Diamond is a non-party with no standing to participate in either the October 9, 2025 Initial Pretrial Conference or this federal action.

  We thank the Court for its kind consideration of this matter.

Respectfully,

_LaShawn Thomas_        _Celeste McCaw_
LaShawn N. Thomas        Celeste McCaw

CC: Counsel for Defendants (via ECF)