UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY J. WILLIAMS HUNTER, an individual,
By and through her next friend, KELVIN HUNTER;
And KELVIN HUNTER, an individual,

        *Plaintiffs*,

    v.

SABRINA E. MORRISSEY, *et al*.,

        *Defendants*.

Case No. 1:25-cv-05107 (MMG)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Sabrina Morrissey and Morrissey & Morrissey LLP. I certify that I am admitted to practice in this Court.

Dated:    New York, New York
           October 3, 2025

                                      Respectfully submitted,

                                      Benjamin D. White

                                      BLOCH & WHITE LLP
                                      90 Broad Street, Suite 703
                                      New York, New York 10004
                                      Telephone: (212) 901-3825
                                      bwhite@blochwhite.com

                                      *Counsel for Defendants Sabrina Morrissey and Morrissey & Morrissey LLP*