UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER, an individual, By and through her next friend, KELVIN HUNTER; And KELVIN HUNTER, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>SABRINA E. MORRISSEY, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-05107 (MMG) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Sabrina Morrissey and Morrissey & Morrissey LLP.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
             October 3, 2025

Respectfully submitted,

*/s/ Cristina Alvarez*
Cristina Alvarez

BLOCH & WHITE LLP
90 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 780-8055
calvarez@blochwhite.com

*Counsel for Defendants Sabrina Morrissey and Morrissey & Morrissey LLP*