UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY J. WILLIAMS HUNTER, an individual,
By and through her next friend, KELVIN HUNTER;
And KELVIN HUNTER, an individual,

               *Plaintiffs*,

        v.

SABRINA E. MORRISSEY, *et al.*,

               *Defendants*.

---

Case No. 1:25-cv-05107 (MMG)

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Sabrina Morrissey and Morrissey &

Morrissey LLP.  I certify that I am admitted to practice in this Court.


Dated:   New York, New York
        October 3, 2025

                         Respectfully submitted,

                         *[signature]*

                         Michael L. Bloch

                         BLOCH & WHITE LLP
                         90 Broad Street, Suite 703
                         New York, New York 10004
                         Telephone: (212) 901-3820
                         mbloch@blochwhite.com

                         *Counsel for Defendants Sabrina Morrissey and Morrissey & Morrissey LLP*