# DIAMOND McCARTHY

Attorneys & Counselors
E-Mail Address: adiamond@diamondmccarthy.com

October 3, 2025

**VIA CM/ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Williams-Hunter v. Morrisey*
       No.: 1:25-cv-5107 [MMG]

Dear Judge Garnett:

I understand that the Court scheduled an Initial Pretrial Conference for the above-captioned matter for October 9, 2025 at 8:30 a.m.

As you will recall, New York Supreme Court Justice Lisa A. Sokoloff (the "Guardianship Court") appointed me to serve as WWH's counsel in connection with her pending guardianship proceedings. I have moved to intervene (the "Motion") in the above-captioned matter. Plaintiff filed a sur-reply in support of his opposition to the Motion on August 27, 2025 [ECF 106], and all papers in connection with the Motion have been fully submitted.

Because the Motion remains under submission, I respectfully request guidance as to whether the Court wishes that I appear at the October 9 Initial Pretrial Conference so that I can make appropriate plans on whether to attend that day.

Thank you for your guidance and attention to this matter.

Respectfully submitted,

Allan B. Diamond

All Counsel of Record (*via ECF*)

The Court requests Mr. Diamond's presence at the October 9, 2025 9:30 AM conference. Mr. Diamond should be prepared to answer any questions that the Court may have concerning his pending motion to intervene in this case.

SO ORDERED. Dated October 6, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE