UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WENDY J. WILLIAMS HUNTER, an individual, by
and through her next friend, KELVIN HUNTER; and
KELVIN HUNTER, an individual,
Plaintiffs,
v.
SABRINA E. MORRISSEY, the Guardian, in her
individual and official capacity; MORRISSEY &
MORRISSEY LLP; WELLS FARGO CLEARING
SERVICES, LLC d/b/a WELLS FARGO ADVISORS,
owned by WELLS FARGO & COMPANY; LORI
SCHILLER, in her individualand official capacity;
AMERICAN EXPRESS COMPANY; BRESSLER,
AMERY & ROSS, P.C.; DAVID PIKUS, in his individual
and official capacity; DEBMAR-MERCURY LLC; BERNIE
YOUNG ENTERTAINMENT ENTERPRISES, LLC;
BURNETT M. YOUNG, in his individual and official
capacity; LEAH ABRAHAM; ABRAMS FENSTERMAN,
LLP; CAROLYN N. WOLF, in her individual and official
capacity; SACKS, PRESS & LACHER P.C.; GARY PRESS,
in his individual and official capacity; WILLIAM
SELBY, in his individual and official capacity; SHAWN
ZANOTTI, in her individual and official capacity; RAMI
KAMINSKI M.D. P.C.; RAMI KAMINSKI, in his
individual and official capacity; SOLOMON'S LAW
OFFICE, P.C.; PHILLIP A. SOLOMON, the Court
Evaluator, in his individual and official capacity;
RAFFERTY & REDLISKY LLP; LINDA REDLISKY, the
Court Appointed Attorney, in her individual and official
capacity; LAW OFFICES OF SALAMI-OYAKHILOME,
P.C.; SADATU SALAMI-OYAKHILOME, in her individual
and official capacity; ADAM SILVERA, in his individual
capacity; LISA A. SOKOLOFF, in her individual and official
capacity; OFFICE OF THE ATTORNEY GENERAL OF
NEW YORK; ATRIA SENIOR LIVING, INC.; COTERIE
LUXURY SENIOR LIVING; AMANDA CLEARS, in her
individual and official capacity; and JOHN/JANE DOES 1-
20,Defendants,
------------------------------------------------------------------------X

Case No. 25-cv-05107

NOTICE OF
APPEARANCE FOR
AMANDA CLEARS

**PLEASE TAKE NOTICE**, that PETER J. CREEDON, of CREEDON & GILL  P.C., hereby appears on behalf of defendant AMANDA CLEARS, in her individual and official capacity in the above-captioned matter and respectfully requests that all notices and papers be given to and served upon the undersigned at the office, address, and telephone number set forth below. This

Notice is being filed solely to obtain ECF Notices and does not amount to consent to service or jurisdiction.

Dated: October 6th 2025       CREEDON & GILL P.C.
Northport New York.

By: _____
Peter J. Creedon
24 Woodbine Ave, Ste. 8
Northport, New York 11768
(631) 656-9220 peter@creedongill.com