UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, et al.,

                         Plaintiffs,

                                                  **Case No. 1:25-cv-05107**

     v.

                                                **AFFIDAVIT OF SERVICE**

SABRINA E. MORRISSEY, et al.,

                         Defendants.
------------------------------------------------------------x

Plaintiffs, by and through undersigned counsel, hereby file the attached Affirmations of Service

executed by the process server, reflecting service on **Defendant CAROLYN N. WOLF** of the

Summons and Complaint and the August 8, 2025 Motion Letter adjourning the Initial Pre-trial

Conference until October 9, 2025 per the Court's Order at Dkt. No. 97 on **October 2, 2025** and

**October 3, 2025**.


DATED:      October 8, 2025

Respectfully submitted,


*Lashawn Thomas*
_____
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
Email: lthomas@miamientertainmentlawgroup.com


*Celeste McCaw*
_____
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com


**Attachment:** Affidavit of Service for **CAROLYN N. WOLF**

**WORD COUNT CERTIFICATION**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Rules & Practices, the undersigned hereby certifies that this Affidavit of Service contains 62 words, excluding the caption, signature block, and this certification. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas

_____
Celeste N. McCaw

United States District Court of The State of New York, Southern District          Index# 1:25-cv-05107

---

Wendy J. Williams Hunter by and through her next friend Kelvin Hunter and Kelvin Hunter individually

VS.

Sabrina E. Morrissey et al

---

State of New York, County of Queens  ss:

Daniel Crespo deposes and says that he is over the age of eighteen (18), resides in the State of New York and is not a party to this action.

On **10/3/2025 at 4:54pm** deponent completed service on **Carolyn Wolf at 333 E. 79th Street, PH V, New York, NY 10075**

By mailing a copy of Summons in a Civil Action – Civil Cover Sheet – Complaint – Correspondence dated 8/8/25 by **Priority mail, Certified Mail # 7021 1970 0000 8030 8989** to the above address bearing the words "Personal and Confidential".

Sworn to before me on: October 7, 2025

DIANNE GONZALEZ
Notary Public, State of New York
Reg. No. 01GO6025621
Qualified in Queens County
Commission Expires August 3, 2027

Daniel Crespo Lic#2004364

**Preferred Process Servers Inc 166-06 24th Rd, Whitestone, NY 11357  718-362-4890**



**UNITED STATES**
**POSTAL SERVICE.**

WHITESTONE
1444 150TH ST
WHITESTONE, NY 11357-9997
www.usps.com

10/03/2025                                04:54 PM
--------------------------------------------------
TRACKING NUMBERS
702119700000080308989
--------------------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



--------------------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
--------------------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
--------------------------------------------------
PURCHASE DETAILS
--------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $12.60 |
| New York, NY 10075 | | | |
| Weight: 4 lb 1.40 oz | | | |
| Expected Delivery Date | | | |
| Tue 10/07/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 702119700000080308989 | | | |
| Total | | | $17.90 |

--------------------------------------------------

Grand Total:                              $17.90
--------------------------------------------------

Credit Card Remit                         $17.90
    Card Name: VISA
    Account #: XXXXXXXXXXXXX5971
    Approval #: 164556
    Transaction #: 585
    AID: A0000000980840           Chip
    AL: US DEBIT
    PIN: Not Required
--------------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee   $5.30                        0029
$                                                 21
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage          $12.60
$
Total Postage and Fees
$17.90
$
Sent To  Carolyn N. Wolf
Street and Apt. No., or PO Box No.  333 E 79 St PHSE
City, State, ZIP+4®  New York, NY 10075

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

United States District Court of The State of New York, Southern District          Index# 1:25-cv-05107

Wendy J. Williams Hunter by and through her next friend Kelvin Hunter and Kelvin Hunter individually

VS.

Sabrina E. Morrissey et al

State of New York, County of Queens  ss:

Daniel Crespo deposes and says that he is over the age of eighteen (18), resides in the State of New York and is not a party to this action.

On **10/2/2025 at 2:00pm** deponent completed service on **Carolyn Wolf**

By emailing a copy of Summons in a Civil Action – Civil Cover Sheet – Complaint – Correspondence dated 8/8/25 by **email at cwolf@abramslaw.com** Service was directed in this manner by order of the court.

Sworn to before me on: October 3, 2025

_____

DIANNE GONZALEZ
Notary Public, State of New York
Reg. No. 01GO6025621
Qualified in Queens County
Commission Expires August 3, 2027

_____
Daniel Crespo Lic#2004364

**Preferred Process Servers Inc 166-06 24th Rd, Whitestone, NY 11357  718-362-4890**

## Dianne Gonzalez

| | |
|---|---|
| **From:** | Dianne Gonzalez |
| **Sent:** | Thursday, October 2, 2025 2:00 PM |
| **To:** | 'cwolf@abramslaw.com' |
| **Subject:** | service of summons and complaint |
| **Attachments:** | 20251002150005192.pdf; 20251002145957083.pdf |

Good afternoon the court ordered service of these documents to you via email.
Best regards,

*Dianne Gonzalez-Luyanda,*
**Office Manager,**
Preferred Process Servers Inc
166-06 24ᵗʰ Road, LL
Whitestone, NY 11357
718-362-4890
dianne@ppservers.com



PLEASE REVIEW US USING BELOW LINK
https://www.ppservers.com/review-us-2/

**TO CHECK STATUS ANYTIME VIA OUR WEBSITE GO TO http://preferred.lookupstatus.com**

1

United States District Court of The State of New York, Southern District          Index# 1:25-cv-05107

---

Wendy J. Williams Hunter by and through her next friend Kelvin Hunter and Kelvin Hunter individually

VS.

Sabrina E. Morrissey et al

---

State of New York, County of Queens  ss:

Daniel Crespo deposes and says that he is over the age of eighteen (18), resides in the State of New York and is not a party to this action.

On **10/2/2025 at 2:41pm** deponent completed service on **Carolyn Wolf c/o Joseph Francoeur, Attorney for defendant**

By emailing a copy of Summons in a Civil Action – Civil Cover Sheet – Complaint – Correspondence dated 8/8/25 by **email at joseph.francoeur@wilsonelser.com** Service was directed in this manner by order of the court.

Sworn to before me on: October 3, 2025

_____

**DIANNE GONZALEZ**
Notary Public, State of New York
Reg. No 01GO6025621
Qualified in Queens County
Commission Expires August 3, 2027

_____
Daniel Crespo Lic#2004364

**Preferred Process Servers Inc 166-06 24ᵗʰ Rd, Whitestone, NY 11357  718-362-4890**

**Dianne Gonzalez**

| | |
|---|---|
| **From:** | Dianne Gonzalez |
| **Sent:** | Friday, October 3, 2025 2:47 PM |
| **To:** | 'joseph.francoeur@wilsonelser.com' |
| **Subject:** | service of summons and complaint |
| **Attachments:** | 20251002150005192.pdf; 20251002145957083.pdf |

Williams vs. Morrissey
Index# 1:25-cv-05107
Good afternoon the court granted service via email on this matter to attorneys on record.
Best regards,

*Dianne Gonzalez-Luyanda,*
**Office Manager,**
Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890
dianne@ppservers.com



PLEASE REVIEW US USING BELOW LINK
https://www.ppservers.com/review-us-2/

**TO CHECK STATUS ANYTIME VIA OUR WEBSITE GO TO http://preferred.lookupstatus.com**