

261 North University Drive Ste 500-45,
Plantation, Florida 33324

O: 305-417-6450 | F: 305-417-6452

www.MiamiEntertainmentLawGroup.com

October 8, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

RE:  **WENDY J. WILLIAMS HUNTER, et al.  v. MORRISSEY, et al.**
     **Docket No.: 1:25-cv-5107-MMG**

Dear Judge Garnett:

In accordance with Rule I. B. 1. of Your Honor's Individual Rules & Practices, Plaintiffs, through undersigned counsel, respectfully submit this correspondence in response to Debmar-Mercury LLC's correspondence dated October 7, 2025 (Dkt No. 181), and to clarify the record regarding Plaintiffs' diligent service efforts as to the following Defendants: Burnett M. Young, Carolyn N. Wolf, Debmar-Mercury LLC, and Rami Kaminski M.D. P.C.

In accordance with the Court's September 23, 2025 order granting in part and denying in part Plaintiffs' motion for substituted service (Dkt No. 170), Plaintiffs served Rami Kaminski M.D. P.C. through the New York Secretary of State on October 6, 2025 and via email to the entity's attorney of record on October 3, 2025 after several unsuccessful attempts to serve the entity at its New York offices and via its last known email addresses (i.e., drkaminskiassistant@tiips.org and drk@tiips.org). Plaintiffs filed the affirmations of service for Rami Kami M.D. P.C. with the Court today, October 8, 2025 (Dkt No. 184). In regard to Carolyn N. Wolf, Plaintiffs served Ms. Wolf by certified mail on October 3, 2025 and via email on October 2, 2025. Her attorney of record was also served via email on October 3, 2025. Plaintiffs filed the affirmations of service for Carolyn N. Wolf with the Court today, October 8, 2025 (Dkt No. 185). In regard to Burnett M. Young, Plaintiffs conducted a skip trace and identified a residential address associated with Mr. Young, however it is not the same address identified in Mr. Young's most recent application to the Court (Dkt No. 182). Service is currently being re-attempted at the address conducted by the skip trace. Should this attempt prove unsuccessful, Plaintiffs intend to either attempt service at the address indicated in Mr. Young's most recent filing or renew their motion for substituted service.

Lastly, in regard to Debmar-Mercury LLC, Plaintiffs made multiple good-faith attempts to serve the entity through several methods, including at Debmar's publicly listed New York business address (i.e., 530 5th Avenue, 26th Floor, New York, NY 10036) as stated on its website. However, the building's doorman refused to accept service, advising that Debmar-Mercury LLC was not located on the 26th floor and could not be served at that location. On August 28, 2025, Plaintiffs then served CT Corporation's New York office at 28 Liberty Street as Debmar's agent for service of process. Plaintiffs subsequently filed the Affirmation of Service with the Court on September

Letter to Court – Hon. Margaret M. Garnett
October 8, 2025
Page **2** of **2**

10, 2025 before receiving CT Corporation's "Notice of Rejected Service of Process" dated August 29, 2025. Upon becoming aware of this notice on or around October 1, 2025, Plaintiffs made efforts to serve the New York Secretary of State but were informed by the process server that, despite doing business within the state, Debmar-Mercury LLC is not registered to do business in New York and therefore could not be served through those means. Plaintiffs promptly researched alternative addresses and determined that although the entity's registered agent is CT Corporation, service needed to be made on the registered agent's California office not its New York office. Accordingly, Plaintiffs are effecting service on Debmar-Mercury LLC through CT Corporation's California office and will promptly notify the Court upon completion.

      We thank the Court for its kind understanding of this matter, and we are prepared to address any questions that the Court may have regarding Plaintiffs' effectuation of service of process at the October 9, 2025 Initial Pretrial Conference.

Respectfully,

_LaShawn Thomas_                                                    _Celeste McCaw_
LaShawn N. Thomas                                           Celeste McCaw

CC: Counsel for Defendants (via ECF)