UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendy J. Williams Hunter, by and through her next friend, Kelvin Hunter and Kelvin Hunter individually

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Bernie Young Entertainment Enterprises, LLC; Burnett M. Young in his individual and official capacity

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1:25  Civ. 05107  (MM) (G )

**ANSWER**

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. Count 1 - Violation of Due Process. The defendant denies this allegation.

2. Count II - Violation of Free Speech and Access To Courts. The defendant denies this allegation.

3. Count III - Unlawful Isolation, Denial of Family Association. The defendant denies this allegation.

4. Count IV - Violation of Americans With Disabilities Act. The defendant denies this allegation.

5. Count V - Violation of Civil (RICO) Claim / RICO Conspiracy. The defendant denies this allegation.

6. Count VI - Violation of the Truth In Lending Act. The defendant denies this allegation.

7. Count VII - Violation of the Fair Credit Reporting Act. The defendant denies this allegation.

8. Count VIII - Violation of the Gramm-Leach-Bliley Act. The defendant denies this allegation.

9. Count IX - Tortious Interference with Contractual Obligations. The defendant denies this allegation.

10. Count X - Breach of Third-Party Beneficiary Rights. The defendant denies this allegation.

2025 OCT -6 PM 12:38
SDNY PRO SE OFFICE
RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendy J. Williams Hunter, by and through her next friend, Kelvin Hunter and Kelvin Hunter individually

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Bernie Young Entertainment Enterprises, LLC; Burnett M. Young in his individual and official capacity

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1:25  Civ. 05107  (MM) (G  )

**ANSWER**

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. Count XI - Breach of Fiduciary Duty. The defendant denies this allegation

2. Count XII - Constructive Fraud. The defendant denies this allegation

3. Count XIII - Civil Conspiracy. The defendant denies this allegation

4. Count XIV - Conversion. The defendant denies this allegation.

5. Count XV - Negligence / Professional Malpractice. The defendant denies this allegation.

6. Count XVI - Negligent Hiring, Supervision or Retention. The defendant denies this allegation

7. Count XVII - Invasion of Privacy. The defendant denies this allegation

8. Count XVIII - Violation of New ork Judiciary Law. The defendant denies this allegation

9. Count XIX - Intentional Infliction of Emotional Distress. The defendant denies this allegation

10. Count XX - Defamation. The defendant denies this allegation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendy J Williams Hunter, by and through her next friend, Kelvin Hunter and Kelvin Hunter individully

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Bernie Young Entertainment Enterprises, LLC; Burnett M. Young in his individual and official capacity

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1;25  Civ. 05107    ( M  ) (MG )

**ANSWER**

## I
### ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. Count XXI - Declaratory and Injunctive Relief. The defendant denies this allegation

2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

*Rev. 05/2007*                                    1

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE:

_____

SECOND DEFENSE:

_____

THIRD DEFENSE:

_____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6th day of October, 2025.

Signature of Defendant  *[signature]*

Address  45 West 60th Street, #16B

New York, New York 10023

Telephone Number  917-981-4612

Fax Number (if you have one)  _____