UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

WENDY J. WILLIAMS HUNTER, an individual by
and through her next friend, KELVIN HUNTER; and
KELVIN HUNTER, an individual,

                Plaintiffs,

                                                      Case No. 1:25-cv-05107

v.

                                                **MOTION TO DEEM THE
NOVEMBER 11, 2025 FILINGS
TIMELY NUNC PRO TUNC (OR, IN
THE ALTERNATIVE, FOR AN
EXTENSION BASED ON
<u>EXCUSBALE NEGLECT</u>)**

SABRINA E. MORRISSEY, et. al,

                Defendants.
----------------------------------------x

      Plaintiffs respectfully move the Court to deem the following filings timely filed nunc pro tunc to Novmeber 10, 2025, or in the alternative, to grant a brief extension under Federal Rule of Civil Procedure 6(b)(1)(B), and accept the filings as timely based on excusable neglect:

    (i)      the Amended Complaint filed at 1:30 a.m. Eastern Time, with its accompanying exhibits (Dkt No. 199);

    (ii)     the Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(C)(2); (Dkt No. 197); and

    (iii)    the Motion to Amend the Caption (Dkt No. 198).

Plaintiffs also respectfully request that the Court remove the erroneously filed Amended

Complaint (Dkt No. 196) from the docket in order to support clarity in the record.

On October 9, 2025, the Court set November 10, 2025 as the deadline for Plaintiffs to file an amended complaint. *See* Dkt No. 188. On November 10, 2025 at 11:58 p.m. Eastern Time, Plaintiffs filed a Motion for Leave to File the Amended Complaint Under Seal. *See* Dkt No. 195 Immediately thereafter, as part of the same continuous SDNY CM/ECF filing session, Plaintiffs filed: (a) the initial Amended Complaint at 12:03 a.m. Eastern Time on November 11, 2025; (b) the Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(C)(2) at 12:10 a.m. Eastern Time on November 11, 2025; and (c) the Motion to Amend the Caption at 12:11 a.m. Eastern Time on November 11, 2025. Realizing that, the improper version of the Amended Complaint was uploaded, Plaintiffs promptly corrected the errors and re-filed a corrected Amended Complaint with its complete exhibits at 1:30 a.m. Eastern Time on November 11, 2025.

This motion seeks modest procedural relief to ensure that Plaintiffs' Amended Complaint and two related motion papers are treated as timely. Under Federal Rule of Civil Procedure 6(a)(4)(A), for electronic filing the last day ends "at midnight in the court's time zone." Thus, an electronic filing completed before 11:59:59 p.m. Eastern Time on the due date is timely. Plaintiffs' Motion for Leave to File the Amended Complaint Under Seal, which was integral to the submission of the Amended Complaint, was filed before midnight on November 10, 2025. The remaining filings followed within minutes as part of a single, continuous sequence of uploads in SDNY CM/ECF, with the corrected version of the Amended Complaint filed shortly thereafter to ensure a complete and accurate record.

Accepting these filings as timely nunc pro tunc is both consistent with the letter and spirit of Rule 6 and SDNY CM/ECF practice and will cause no prejudice to any party. *See, e.g.*, Fed. R. Civ. P. 6(b)(1)(B) (court may extend time on a showing of excusable neglect); *Pioneer Inv.*

*Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 395 (1993). The Supreme Court's *Pioneer* decision directs courts to consider "all relevant circumstances," including (1) danger of prejudice; (2) length of delay and impact on proceedings; (3) reason for the delay; and (4) good faith. *Id.* Even if the Court were to view the initial Amended Complaint, the corrected Amended Complaint, and related motion papers as technically late, the *Pioneer* factors strongly support a finding of excusable neglect. The delay was minimal and caused no prejudice, the delay had no impact on the judicial proceedings, and Plaintiffs acted in good faith and with diligence. The reason for delay was a combination of (i) a good-faith uploading/processing sequence in SDNY CM/ECF, initiated before the deadline by the timely Motion for Leave to file the Amended Complaint Under Seal, (ii) immediate corrective action upon discovering a filing error, and (iii) a temporary personal hardship arising from the medical needs of a newborn child recently discharged from a three-month stay in the neonatal intensive care unit. Plaintiffs' counsel was in the process of transitioning the infant to home care and balancing those medical needs with the professional obligations of this filing.

Accordingly, Plaintiffs respectfully request that the Court enter the accompanying Proposed Order deeming Dkt Nos. 199 (Amended Complaint), 197 (Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(C)(2)), and 198 (Motion to Amend the Caption) timely filed nunc pro tunc to November 10, 2025. In the alternative, Plaintiffs request an extension under Rule 6(b)(1)(B) and acceptance of the filings as timely based on excusable neglect, including counsel's family-related exigency.

DATED: November 11, 2025

Respectfully submitted,

*LaShawn Thomas*
LaShawn N. Thomas
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: lthomas@miamientertainmentlawgroup.com

*Celeste McCaw*
Celeste N. McCaw
MIAMI ENTERTAINMENT LAW GROUP
261 North University Drive, Suite 500
Plantation, Florida 33324
Tel: (305) 417-6450
Email: cmccaw@miamientertainmentlawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

WENDY J. WILLIAMS HUNTER, an individual by
and through her next friend, KELVIN HUNTER; and
KELVIN HUNTER, an individual,

                Plaintiffs,

                                                                                             **Case No. 1:25-cv-05107**

     v.

                                                        **DECLARATION OF ATTORNEY CELESTE N. MCCAW IN SUPPORT OF PLAINTIFFS' MOTION TO DEEM THE NOVEMBER 11, 2025 FILINGS TIMELY NUNC PRO TUNC (OR, IN THE ALTERNATIVE, FOR AN EXTENSION BASED ON <u>EXCUSBALE NEGLECT</u>)**

SABRINA E. MORRISSEY, et. al,

                Defendants.
----------------------------------------x

I, Celeste N. McCaw, declare pursuant to 28 U.S.C. § 1746:

1.      I am counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion to Deem the November 11, 2025 Filings Timely Nunc Pro Tunc (or, in the alternative, for an Extension Based on Excusable Neglect).

2.      On November 10, 2025 at 11:58 p.m. Eastern Time, I filed Plaintiffs' Motion for Leave to File the Amended Complaint Under Seal via SDNY CM/ECF.

3.      Immediately thereafter, in the same continuous SDNY CM/ECF session, I filed: (a)

the initial Amended Complaint at 12:03 a.m. (ET) on November 11, 2025; (b) the Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(C)(2) at 12:10 a.m. (ET) on November 11, 2025; and (c) the Motion to Amend the Caption at 12:11 a.m. (ET) on November 11, 2025.

4. After noticing that, while acting in haste, I filed a draft version of the Amended Complaint without its exhibits, I promptly filed a corrected Amended Complaint with exhibits at 1:30 a.m. (ET) on November 11, 2025.

5. The brief delay in completing these filings was not due to any dilatory intent, but as a result of making corrections to an erroneously filed document to ensure completeness and accuracy in the record and personal circumstances involving the care of my newborn child, who was recently discharged from the NICU after a three-month stay. Since returning home, my child's ongoing medical needs have occasionally required my immediate attention, impacting my working hours and schedule.

6. The filings were made in good faith and without any intent to delay or disregard the Court's order. No party will be prejudiced by deeming these filings timely, and this relief will not affect any other deadlines.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief. Executed on this 11th day of November, 2025.

*Celeste McCaw*
Celeste N. McCaw

## WORD COUNT CERTIFICATION

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, and the Court's Individual Practices, the undersigned hereby certifies that this motion contains 758 words, excluding the caption, signature block, and this certification. The attached Declaration of Attorney Celeste N. McCaw contains 309 words, excluding the caption and signature block. The word count was determined using the word count function of Microsoft Word.

_____
LaShawn N. Thomas


_____
Celeste N. McCaw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WENDY J. WILLIAMS HUNTER, an individual,
by and through her next friend, KELVIN HUNTER;
and KELVIN HUNTER, an individual,

          Plaintiffs,

                                                  Case No. 1:25-cv-05107

v.

                                        **PROPOSED ORDER TO DEEM THE NOVEMBER 11, 2025 FILINGS TIMELY NUNC PRO TUNC (OR, IN THE ALTERNATIVE, FOR AN EXTENSION <u>BASED ON EXCUSBALE NEGLECT</u>)**

SABRINA E. MORRISSEY, et al.

          Defendants.
-------------------------------------------------------------x

       Upon consideration of Plaintiffs' Motion to Deem the November 11, 2025 Filings Timely Nunc Pro Tunc (or, in the alternative, for an Extension Based on Excusable Neglect), and for good cause shown, it is hereby:

       **ORDERED** that the motion is **GRANTED**;

       **ORDERED** that the following filings are deemed timely filed nunc pro tunc to November 10, 2025: the Amended Complaint (Dkt No. 199); the Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(C)(2) (Dkt No. 197); and the Motion to Amend the Caption (Dkt No. 198); and it is further

**ORDERED** that alternatively, and independently, the Court extends Plaintiffs' deadline under Fed. R. Civ. P. 6(b)(1)(B) and accepts the foregoing filings as timely based on excusable neglect.

**SO ORDERED.**

Dated: _____

_____
Honorable Margaret M. Garnett
United States District Judge