

**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 13, 2025

**Via ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:    **Williams Hunter, et al. v. Morrissey, et al.**
              **Case No. 1:25-cv-05107-MMG**

Dear Judge Garnett:

    We represent defendant Wells Fargo Clearing Services, LLC ("WFCS") in the above-referenced matter. We are in receipt of the plaintiffs' Motion to Seal Amended Complaint (*DE 195*) and Motion for an Extension of Time (*DE 200*). We are also aware of, but do not have access to, the following untimely submissions filed by plaintiffs on an *ex parte* basis: (i) Amended Complaint (*DE 196*), (ii) Motion to Approve Appointment of Next Friend (*DE 197*), (iii) Motion to Amend/Correct the Caption (*DE 198*), and (iv) corrected Amended Complaint (*DE 199*).

    First, WFCS respectfully submits that it is entirely improper for plaintiffs to file any pleadings or motions in this matter on an *ex parte* basis and to keep defendants, who have appeared in this matter, from viewing or being heard on those filings. As these filings have not been served upon any of the defendants, we respectfully request that they be stricken and the relief requested denied.

    Second, the Court's October 9, 2025 Order denied a motion by plaintiff Kelvin Hunter, Wendy Williams Hunter's ("Ms. Williams") ex-husband, to be appointed "next friend" to Ms. Williams. That Order provided Mr. Hunter <u>limited</u> leave to "file an amended complaint to assert only allegations and claims on [Mr. Hunter's] own behalf by November 10, 2025." Aside from the fact that plaintiffs' Amended Complaint is untimely, based on the available description of the plaintiffs' recent filings on the docket, plaintiffs' new "next friend" motion, seeking to appoint Regina Giszpenc as Ms. Williams' next friend, and any allegations or counts in the Amended Complaint purportedly asserted on behalf of Ms. Williams, violate the Court's October 9th Order and should be dismissed.[1]

---

[1] To the extent the Court does not dismiss plaintiffs' Amended Complaint and deny their Motion to Approve Appointment of a Next Friend and Motion for an Extension of Time**,** WFCS requests an Order directing plaintiffs to serve all parties in a manner consistent with the Federal Rules of Civil Procedure and applicable Local Rules and to permit all defendants proper time to formally respond.

We have consulted with counsel of record for the defendants below, and each such defendant joins in and agrees with the relief requested.

<u>Joining Defendants</u>

- Sabrina E. Morrissey
- Morrissey & Morrissey LLP
- Bressler, Amery & Ross, P.C.
- David Pikus
- Lori Schiller
- Debmar-Mercury LLC
- Abrams Fensteran, LLP
- Carolyn N. Wolf
- Sacks, Press & Lacher, P.C.
- Gary Press
- Rami Kaminski M.D. P.C.
- Rami Kaminski
- Rafferty & Redlisky LLP
- Linda Redlisky
- Solomon's Law Office P.C.
- Philip A. Solomon
- Hon. Adam Silvera
- Hon. Lisa A. Sokoloff
- Office of the Attorney General of New York
- Atria Senior Living, Inc.
- Coterie Luxury Senior Living
- Amanda Clears

We thank the Court for its time and attention to this matter.

Very truly yours,

s/ *Casey D. Laffey*
Casey D. Laffey

cc:    All counsel of record (v*ia ECF*)