UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WENDY J. WILLIAMS HUNTER, an
individual, by and through her next friend,
KELVIN HUNTER; and KELVIN HUNTER,
an individual,

                    Plaintiffs,

   -against-

SABRINA E. MORRISSEY, the Guardian, in her individual and official capacity; MORRISSEY & MORRISSEY LLP; WELLS FARGO CLEARING SERVICES, LLC d/b/a WELLS FARGO ADVISORS, owned by WELLS FARGO & COMPANY; LORI SCHILLER, in her individual and official capacity; AMERICAN EXPRESS COMPANY; BRESSLER, AMERY & ROSS, P.C.; DAVID PIKUS, in his individual and official capacity; DEBMAR-MERCURY LLC; BERNIE YOUNG ENTERTAINMENT ENTERPRISES, LLC; BURNETT M. YOUNG, in his individual and official capacity; LEAH ABRAHAM; ABRAMS FENSTERMAN, LLP; CAROLYN N. WOLF, in her individual and official capacity; SACKS, PRESS & LACHER P.C.; GARY PRESS, in his individual and official capacity; WILLIAM SELBY, in his individual and official capacity; SHAWN ZANOTTI, in her individual and official capacity; RAMI KAMINSKI M.D. P.C.; RAMI KAMINSKI, in his individual and official capacity; SOLOMON, the Court Evaluator, in his individual and official capacity; RAFFERTY & REDLISKY LLP; LINDA REDLISKY, the Court Appointed Attorney, in her individual and official capacity; LAW OFFICES OF SALAMI-OYAKHILOME, P.C.; SADATU SALAMI-OYAKHILOME, in her individual and official capacity; ADAM SILVERA, in his individual capacity; LISA A. SOKOLOFF, in her individual and official capacity; OFFICE OF THE ATTORNEY GENERAL OF NEW YORK; ATRIA SENIOR LIVING, INC.; COTERIE LUXURY SENIOR LIVING; AMANDA CLEARS, in her individual and official capacity;

Index No.: 1:25-CV-05107

Honorable Margaret M. Garnett

**Appearance of Counsel**

and JOHN/JANE DOES 1-20,
                      Defendants.
-------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Alonso & Facher, P.C. hereby enters her appearance in this matter as counsel for the Defendant, Amanda Clears, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

I certify that I am admitted or otherwise authorized to practice in this Court and I am a registered electronic case filing user.

Dated: New York, New York
        December 2, 2025

By: _____
       Jennifer K. Rankin

ALONSO & FACHER, P.C.
*Attorneys for Defendant, Amanda Clears*
32 Broadway, Suite 1714
New York, New York 10004
Telephone:  (212) 598-5900
Facsimile:  (212) 598-4650
Email:      jrankin@alonsolegal.com