

261 North University Drive Ste 500-45,
Plantation, Florida 33324

O: 305-417-6450 | F: 305-417-6452

www.MiamiEntertainmentLawGroup.com

December 11, 2025

<u>VIA ECF</u>

Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**RE:   WENDY J. WILLIAMS HUNTER, et al.  v. MORRISSEY, et al.**
 **Docket No.: 1:25-cv-5107-MMG**

Dear Judge Garnett:

Pursuant to Rule 1(B)(5) of Your Honor's Individual Rules & Practices, Plaintiffs respectfully submit this request for narrowly tailored procedural relief to promote efficient management of the briefing schedule established in the Court's November 17, 2025 Order (Dkt. No. 203). In light of the number of defendants and the likelihood of multiple motions raising overlapping issues, Plaintiffs respectfully request:

1.     permission to file one consolidated opposition brief responding to all Rule 12 motions filed by defendants and one responsive brief to any challenges to the Motion for Next Friend; and
2.     a modest extension of Plaintiffs' response deadlines.

This request is made solely to promote judicial economy and is not sought for purposes of delay.

As reflected in the Court's Order, numerous defendants, including financial institutions, individual professionals, and related entities, are expected to respond to the corrected Amended Complaint (Dkt. No. 199). Plaintiffs anticipate that many motions may raise materially similar legal issues concerning jurisdiction, standing, and immunity. A single, consolidated opposition will allow Plaintiffs to address common legal questions once, in an organized manner, rather than repeating the same arguments across multiple briefs. Plaintiffs will, of course, address any defendant-specific issues in discrete sections within the consolidated filing.

Consolidated opposition briefing will reduce duplication, ensure a consistent presentation of the legal issues, and materially streamline the record for the Court without prejudicing any defendant. Courts in this District routinely permit consolidated oppositions in multi-defendant cases where efficiency is served.

Finally, because defendants' filings are currently due January 9, 2026, Plaintiffs will not know the number or length of the motions until they are filed. Plaintiffs' current January 30, 2026

deadline provides only twenty-one days to review and respond to potentially numerous complex submissions. In the interest of fairness and to ensure non-duplicative, meaningful briefing for the Court, Plaintiffs respectfully request an extension of their response deadline by an additional thirty days. Plaintiffs similarly request a thirty-day extension of their reply deadline on the pending Next Friend motion (Dkt. No. 197), or such other dates the Court deems appropriate.

Defendants oppose Plaintiffs' request for an extension of time on the grounds that it is premature, but respectfully, it is not. Plaintiffs contacted all defendants with noticed appearances on the record via CM/ECF prior to filing this letter. All defendants, except for Burnett M. Young and Bernie Young Entertainment Enterprises LLC, who provided no response, declined to consent, citing their inability to evaluate the reasonableness or necessity of Plaintiffs' request before their own filings are complete. But Plaintiffs' request does not depend on the particular content or length of any individual submission. The need for additional time arises from facts already known and fixed: the large number of defendants, the simultaneous January 9, 2025 deadline, the near certainty of overlapping legal issues, and the logistical reality that Plaintiffs must review and respond to *all* submissions, including those that are not Rule 12 motions but will nonetheless require review and potential reply.

Waiting until after the January 9, 2025 deadline to seek relief would defeat the purpose of the extension and risk unnecessary prejudice. Plaintiffs will require sufficient lead time to organize, review, and respond to the filings of numerous parties. A brief extension now will allow the parties to plan accordingly and will assist the Court by ensuring orderly, non-duplicative briefing rather than rushed submissions.

Accordingly, Plaintiffs respectfully request that the Court:

1. Grant Plaintiffs permission to file one consolidated opposition brief to all Rule 12 motions filed by defendants; and
2. Extend Plaintiffs' opposition and reply deadlines by thirty (30) days, and extend Plaintiffs' reply deadline on the pending Next Friend motion by thirty (30) days, or to such other dates the Court finds appropriate.

Plaintiffs thank the Court for its kind consideration of this matter.

Respectfully,

*LaShawn Thomas*

LaShawn N. Thomas

*Celeste McCaw*

Celeste McCaw

CC: Counsel for Defendants (via ECF)