

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 15, 2025

**By ECF**
Honorable Margaret M. Garnett
United States District Judge,
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:    *Hunter v. Morrissey et al.*, 25-cv-5107 (MMG)

Dear Judge Garnett:

The Office of Attorney General ("OAG") represents itself and co-Defendants the Hon. Lisa Sokoloff, Justice of the Supreme Court, State of New York, New York County and the Hon. Adam Silvera, Deputy Chief Administrative Judge of the New York City Courts and Justice of the Supreme Court, State of New York, New York County (collectively, "State Defendants") in this Action. Pursuant to Section II.A.6 of the Court's Individual Rules, State Defendants submit this letter in opposition to Plaintiffs' request (ECF No. 207) for expedited discovery constituting the production of Wendy Williams Hunter's neurological evaluations allegedly conducted in 2025.

*First*¸ at the conference held on October 9, 2025, the Court ordered that discovery would be stayed, and that Your Honor would "reevaluate what the status of discovery should be once I have seen defendants' responses to the amended complaint[.]" Because Defendants have not yet filed their answers or motions to dismiss, opening discovery is premature.

*Second*, as the Court has recognized, the underlying State guardianship proceeding (the "Guardianship Proceeding") is sealed and confidential by order of the State court forbidding the disclosure of materials communicated within the Guardianship Proceeding, including Ms. Williams Hunter's medical records. *See, e.g.,* ECF Nos. 86-2, 86-3. The purpose of this confidentiality is to protect Ms. Williams Hunter's privacy and best interests. Plaintiffs should not be permitted to use this federal action to circumvent the confidentiality of the Guardianship Proceeding.

*Third*, the Court has already rejected Kelvin Hunter's attempt to sue as next friend. He is seeking money purportedly owed to him from Ms. Williams Hunter. Regina Giszpenc, who now attempts to sue as next friend, has not been ruled eligible to be next friend and represent Ms. Williams Hunter's interests. Ms. Williams Hunter has an attorney, Allan Diamond, Esq., duly appointed by the State court to protect her interests (*see* ECF No. 86-1). The Court should not permit an individual seeking money from Ms. Williams Hunter, and another individual purporting

The Hon. Margaret M. Garnett                                          Page 2 of 2
December 15, 2025

to sue on her behalf despite her representation by Mr. Diamond, to take possession of Ms. Williams Hunter's sensitive medical information, which is protected by State court order.

      Thank you for your consideration in this matter.

                                 Respectfully submitted,

                                 /s/  Anjali Bhat
                                 ANJALI BHAT
                                 Assistant Attorney General
                                 212-416-8632
                                 Anjali.Bhat@ag.ny.gov