**BLOCH & WHITE LLP**

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

December 15, 2025

<u>Via ECF</u>

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Williams Hunter et al. v. Morrissey et al.,* 1:25-cv-5107 (MMG)

Dear Judge Garnett—

    We write pursuant to Rule I.D.3.iii. of Your Honor's Individual Rules & Practices to request that our letter due today in opposition to Plaintiffs' recent letter-motion seeking expedited discovery, *see* Dkt. No. 207, be filed under seal. We believe sealing is appropriate because the letter cites to, refers to, and quotes from other filings that have already been placed under seal, *see* Dkt. Nos. 196, 197 and 199. We requested Plaintiffs' position on the instant sealing request and they stated as follows: "Please be advised that we do not object to you seeking leave to file your response under seal to the extent required by the Court's existing sealing orders and rules, subject to the Court's determination."

    Respectfully submitted,

Benjamin D. White

BLOCH & WHITE LLP
Benjamin D. White
Michael L. Bloch
Cristina Alvarez
90 Broad Street, Suite 703
New York, NY 10004
(212) 901-3825
bwhite@blochwhite.com

*Counsel for Sabrina E. Morrissey*