

**Kiran V. Somashekara**
Direct Phone: +1 609 524 2042
Email: ksomashekara@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Princeton, NJ 08540-7650
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

December 16, 2025

<u>**Via ECF**</u>
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re: <u>**Williams Hunter, et al. v. Morrissey, et al.**</u>
Case No. 1:25-cv-05107-MMG

Dear Judge Garnett:

We represent defendant Wells Fargo Clearing Services, LLC ("WFCS") in the above-referenced matter. WFCS respectfully adopts and joins in the opposition to Plaintiffs' letter-motion seeking expedited discovery submitted by counsel for defendant Sabrina Morrissey. *See DE* 211.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

s/ *Kiran V. Somashekara*
Kiran V. Somashekara

cc: All counsel of record (v*ia ECF*)