

121 State Street
Albany, New York 12207-1693
Tel: 518-436-0751
Fax: 518-436-4751

David T. Luntz
E-mail: DLuntz@hinmanstraub.com

December 16, 2025

**VIA NYSCEF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:    *Williams Hunter, et al. v. Morrissey, et al.*
              Case No. 1:25-cv-05107-MMG

Dear Judge Garnett:

      We represent defendants Atria Senior Living and Coterie Luxury Senior Living in the above-referenced matter. Atria and Coterie respectfully adopt and join in the opposition to Plaintiffs' letter-motion seeking expedited discovery submitted by counsel for defendant Sabrina Morrissey. *See DE* 211.

      Thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  David T. Luntz

DTL:ltd

cc:     All Parties of Record (Via NYSCEF)