

December 16, 2025

**Evgenia "Eve" Soldatos-Mouzouris**
212.915.5282 (direct)
516.519.2297 (mobile)
eve.soldatos@wilsonelser.com

**VIA ECF e-FILING ONLY**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    *Williams Hunter et al v. Morrissey et al;*
                        Case No.: 1:25-cv-05107-MMG

Dear Judge Garnett,

      We represents defendants Abrams Fensterman LLP and Carolyn N. Wolf. We respectfully adopt and join in the opposition filed by defendant Sabrina Morrissey to Plaintiffs' letter-motion seeking expediated discovery. *See* ECF Doc. No. 211.

                                    Respectfully Submitted,

                           Wilson Elser Moskowitz Edelman & Dicker LLP

                                   *Eve Soldatos-Mouzouris*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

326702749v.1