

88 Pine Street, 29th Floor, New York, NY 10005
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6431
Email:  mkflanagan@mdwcg.com

December 16, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      RE:   *Williams Hunter et al. v. Morrissey, et al.*
             MD File No.   03127.01761
             Case No.        1:25-cv-05107-MMG

Dear Judge Garnett:

      We represent Defendants Rafferty & Redlisky, LLP, and Linda Redlisky in the above-referenced action, and we respectfully adopt and join in the opposition filed by Defendant Sabrina Morrissey (ECF Docket No. 211) to Plaintiff's Letter-Motion seeking expedited discovery (ECF No. 207).

                                    Very truly yours,

                                    Matthew K. Flanagan

MKF:stk

Cc:    All Counsel (via ECF)