

800 Third Avenue
29th Floor
New York, NY  10022

Jonathan P. Sellers     o  212.668.5927
d  646.454.3278        f  212.668.5929
jonathan.sellers@ropers.com     ropers.com

December 16, 2025

<u>VIA ECF</u>
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Wendy J. Williams Hunter, et al., v. Sabrina E. Morrissey, et al.;*
*Case No. 1:25-cv-05107-MMG*

Dear Judge Garnett:

    The undersigned represents Defendant Leah Abraham as *pro bono* counsel in the above-referenced matter. We respectfully adopt and join in the opposition filed by Defendant Sabrina Morrissey to Plaintiffs' letter-motion seeking expedited discovery. See ECF Doc. No. 211.

Sincerely,

Ropers Majeski PC

*Jonathan P. Sellers*

Jonathan P. Sellers