

Writer's Direct Dial: (516) 663-6557
Writer's Direct Fax: (516) 663-6757
Writer's E-Mail: aruss@rmfpc.com

December 17, 2025

**By ECF**

Hon. Margaret M. Garnett, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Williams Hunter et al. v. Morissey, et al.*
            SDNY Case No. 1:25-cv-05107-MGG
            RMF File No. 1716000.4

Dear Judge Garnett:

    This firm represents Defendants Rami Kaminski, MD and Rami Kaminski M.D. P.C. in the above-referenced action. We respectfully adopt and join in the opposition filed by Defendant Sabrina Morrissey (ECF Docket No. 211) to Plaintiff's Letter-Motion seeking expedited discovery (ECF Docket No. 207).

    Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      *Adam H. Russ*

                                      Adam H. Russ
                                      For the Firm

AHR

cc: All Counsel (via ECF)

1066485