

**Kiran V. Somashekara**
Direct Phone: +1 609 524 2042
Email: ksomashekara@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Princeton, NJ 08540-7650
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

January 9, 2026

**Via ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

    Re:    **Williams Hunter, et al. v. Morrissey, et al.**
                **Case No. 1:25-cv-05107-MMG**

Dear Judge Garnett:

    We represent defendant Wells Fargo Clearing Services, LLC ("WFCS") in the above-referenced matter. We write pursuant to Rule I(D)(3)(iii) of Your Honor's Individual Rules & Practices to request that WFCS' Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2), *see* DE 197, be filed under seal. Pursuant to Your Honor's instructions during the Initial Pretrial Conference on October 9, 2025, *see* Tr. 9:23-10:4, we believe sealing is appropriate because the Memorandum cites and refers to other filings in this matter that have already been placed under seal, *see* DE 1, 2, 197, and 199.

    We requested plaintiffs' counsel's position relating to this sealing request and they have consented, stating in relevant part as follows: "Plaintiff's counsel remains guided by the Court's October 9 instruction that, where any doubt exists, filings may be initially submitted under seal or with viewing restrictions pending judicial review. Consistent with that directive, we do not object to Defendants' opposition being filed under seal as an initial procedural step only, for the limited purpose of safeguarding the privacy interests of Ms. Hunter and avoiding collateral prejudice."

    We thank the Court for its time and attention to this matter.

                                                               Very truly yours,

                                                              s/ *Kiran V. Somashekara*
                                                              Kiran V. Somashekara

cc:    All counsel of record (v*ia ECF*)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON