

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

smorvillo@seyfarth.com
T (212) 218-6481

www.seyfarth.com

January 9, 2026

<u>**VIA ECF**</u>

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Williams Hunter, et al. v. Morrissey, et al.*, 1:25-cv-5107-MMG

Dear Judge Garnett:

We write pursuant to Rule I.D.3.iii. of Your Honor's Individual Rules & Practices to request that our Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2) be filed under seal. We believe sealing is appropriate because the brief refers to proceedings and records that that have been placed under seal. On January 7, 2026, counsel for Plaintiffs informed us that they have no objection to "Defendants' opposition being filed under seal as an initial procedural step . . . ." pursuant to this Court's guidance during the October 9, 2025 conference.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ E. Scott Morvillo*

E. Scott Morvillo

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
smorvillo@seyfarth.com

*Counsel for Defendant, Lori Schiller*