**BLOCH & WHITE LLP**

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

January 9, 2026

**Via ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Williams Hunter et al. v. Morrissey et al.,* 1:25-cv-5107 (MMG)

Dear Judge Garnett:

    We represent Defendants Sabrina Morrissey and Morrissey & Morrissey LLP. We write pursuant to Rule I(D)(3)(iii) of Your Honor's Individual Rules & Practices to request that Defendants Morrissey and Morrissey & Morrissey LLP's Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2), *see* Dkt. 197, be filed under seal. Pursuant to Your Honor's instructions at the Initial Pretrial Conference on October 9, 2025, *see* Tr. 9:23-10:4, sealing is appropriate because the Memorandum cites and refers to other filings that have already been placed under seal, *see* Dkt. 1, 2, 197, & 199.

    We requested Plaintiffs' counsel's position as to sealing and they stated in relevant part as follows: "Plaintiff's counsel remains guided by the Court's October 9 instruction that, where any doubt exists, filings may be initially submitted under seal or with viewing restrictions pending judicial review. Consistent with that directive, we do not object to Defendants' opposition being filed under seal as an initial procedural step only, for the limited purpose of safeguarding the privacy interests of Ms. Hunter and avoiding collateral prejudice."

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

Benjamin D. White

BLOCH & WHITE LLP
Benjamin D. White
90 Broad Street, Suite 703
New York, NY 10004
(212) 901-3825
bwhite@blochwhite.com

*Counsel for Sabrina E. Morrissey and Morrissey & Morrissey LLP*