

**Office of the New York State Attorney General**                                **Letitia James Attorney General**

---

January 9, 2026

**By ECF**
Honorable Margaret M. Garnett
United States District Judge,
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *Hunter v. Morrissey et al.*, 25-cv-5107 (MMG)

Dear Judge Garnett:

      The Office of Attorney General ("OAG") represents itself and co-Defendants the Hon. Lisa Sokoloff, Justice of the Supreme Court, State of New York, New York County and the Hon. Adam Silvera, Deputy Chief Administrative Judge of the New York City Courts and Justice of the Supreme Court, State of New York, New York County (collectively, "State Defendants") in this Action. Pursuant to Section I.D.3.iii of the Court's Individual Rules, State Defendants submit this letter motion for leave to file its Opposition to the pending motion for next friend status (the "Motion," ECF No. 197) under seal. Plaintiffs' counsel consents to this sealing on the following terms: "Plaintiff's counsel remains guided by the Court's October 9 instruction that, where any doubt exists, filings may be initially submitted under seal or with viewing restrictions pending judicial review. Consistent with that directive, we do not object to Defendants' opposition being filed under seal as an initial procedural step only, for the limited purpose of safeguarding the privacy interests of Ms. Hunter and avoiding collateral prejudice."

      Sealing is appropriate in light of the presumption of public access to federal courts because the Court has permitted the filing of the Amended Complaint (ECF No. 199) and the Motion itself under seal, and the Opposition discusses some of the contents of both of those sealed documents. Accordingly, to be consistent with prior practice in this Action, State Defendants request leave to file the Opposition under seal.

      Thank you for your consideration in this matter.

The Hon. Margaret M. Garnett  Page 2 of 2
January 9, 2026

                                                        Respectfully submitted,

                                                               /s/  Anjali Bhat
                                                               ANJALI BHAT
                                                               Assistant Attorney General
                                                               212-416-8632
                                                               Anjali.Bhat@ag.ny.gov