

January 9, 2026

Evgenia "Eve" Soldatos- Mouzouris
212.915.5282 (direct)
516.519.2297 (mobile)
eve.soldatos@wilsonelser.com

**VIA PACER e-FILING**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:   *Williams Hunter et al v. Morrissey et al;*
                  Civil Action No.: 1:25-cv-05107-MMG

Dear Judge Garnett,

    Our office represents defendants Abrams Fensterman LLP and Carolyn N. Wolf (collectively, "Abrams Fensterman").

    Abrams Fensterman joins, adopts, and incorporates by reference, in entirety, the Memorandums of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend filed, under seal, by the Defendants Sabrina E. Morrissey (ECF Doc. No. 229) and Wells Fargo Clearing Services, LLC (ECF Doc. No. 224).

    Additionally, Abrams Fensterman joins, adopts and incorporates by reference, in entirety, the applications of Defendants Morrissey (ECF Doc. No. 228) and Wells Fargo Clearing Services, LLC (ECF Doc. No. 223) to request that the respective Memorandums of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend be filed under seal.

                                    Respectfully Submitted,

                               Wilson Elser Moskowitz Edelman & Dicker LLP

                                    *Eve Soldatos-Mouzouris*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

327819930v.1