

Writer's Direct Dial:  (516) 663-6557
Writer's Direct Fax:  (516) 663-6757
Writer's E-Mail:  aruss@rmfpc.com

January 9, 2026

**By ECF**

Hon. Margaret M. Garnett, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Williams Hunter et al. v. Morrissey, et al.*
             SDNY Case No. 1:25-cv-05107-MGG
             RMF File No. 1716000.4

Dear Judge Garnett:

      This firm represents Defendants Rami Kaminski, MD and Rami Kaminski M.D. P.C. in the above-referenced action. We respectfully write pursuant to Rule I.D.3.iii. of Your Honor's Individual Rules & Practices to request that our Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2) be filed under seal. We believe sealing is appropriate because the brief refers to proceedings and records that that have been placed under seal. On January 7, 2026, counsel for Plaintiffs informed us that they have no objection to "Defendants' opposition being filed under seal as an initial procedural step . . . ." pursuant to this Court's guidance during the October 9, 2025 conference.

      Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            *Adam H. Russ*

                                            Adam H. Russ
                                            For the Firm

cc: All Counsel (via ECF)

1067657