UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER, an individual, by and through her next friend, KELVIN HUNTER; and KELVIN HUNTER, an individual,<br><br>        Plaintiff,<br>  v.<br><br>SABRINA E. MORRISSEY, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-05107 (MMG) |

**DEBMAR/MERCURY LLC'S MEMORANDUM OF LAW IN OPPOSITION TO
REGINA GISZPENC'S MOTION FOR RECOGNITION
AS NEXT FRIEND UNDER FED. R. CIV. P. 17(c)(2)**

21318941.1

Defendant Debmar/Mercury LLC ("Debmar") respectfully submits this Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2) ("Giszpenc's Next Friend Motion").  Dkt. No. 197.

Debmar adopts and incorporates herein each of the arguments from the Memoranda of Law of Sabrina Morrissey and Morrissey & Morrissey LLP (Dkt. No. 229) and Wells Fargo Clearing Services, LLC (Dkt. No. 224) in Opposition to Giszpenc's Next Friend Motion.  For the reasons stated therein, Debmar respectfully requests that Giszpenc's Next Friend Motion be denied with prejudice.

| | |
|---|---|
| DATED:  New York, New York<br>           January 9, 2026 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Jacob D. Albertson<br>     Jacob D. Albertson (j1a@msk.com)<br>     437 Madison Ave., 25th Floor<br>     New York, New York 10022-7001<br>     Telephone: (212) 509-3900<br>     Facsimile: (212) 509-7239<br><br>     *Attorneys for Defendant Debmar/Mercury LLC* |

## ATTORNEY CERTIFICATION PURSUANT TO LOCAL RULE 7.1(C)

     I, Jacob D. Albertson, an attorney duly admitted to practice in this Court, hereby certify that the foregoing Memorandum of Law is within the word count limits set forth in Rule 7.1(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York because it contains 107 words.  In preparing this certification, I have relied on the word count of the word-processing system used to prepare this Memorandum of Law.

| | |
|---|---|
| DATED:  New York, New York<br>          January 9, 2026 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Jacob D. Albertson<br>     Jacob D. Albertson |