UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY J. WILLIAMS HUNTER, an individual, by and through her next friend, KELVIN HUNTER; and KELVIN HUNTER, an individual,<br><br>        Plaintiff,<br>  v.<br><br>SABRINA E. MORRISSEY, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-05107 (MMG)<br><br>**DEFENDANT DEBMAR/MERCURY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and S.D.N.Y. and E.D.N.Y. L. Civ. R. 7.1.1, Defendant Debmar/Mercury LLC, by its undersigned counsel, hereby states that its parent corporation is Lionsgate Studios Corp., which is a publicly held corporation.

DATED: New York, New York
          January 9, 2026

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Jacob D. Albertson
    Jacob D. Albertson (j1a@msk.com)
    437 Madison Ave., 25th Floor
    New York, New York 10022-7001
    Telephone: (212) 509-3900
    Facsimile: (212) 509-7239

    *Attorneys for Defendant Debmar/Mercury LLC*

21279004.1