UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WENDY J. WILLIAMS HUNTER, an
individual, by and through her next friend,
KELVIN HUNTER; and KELVIN HUNTER,
an individual,                                                    Case No. 1:25-cv-05107 (MMG)

                              *Plaintiffs*,

        -against-

SABRINA E. MORRISSEY, *et al*.,

                              *Defendants*.
-----------------------------------------------------------------------X

### MEMORANDUM OF LAW IN OPPOSITION TO REGINA GISZPENC'S MOTION FOR RECOGNITION AS NEXT FRIEND UNDER FED. R. CIV. P. 17(C)

**RIVKIN RADLER LLP**
Attorneys for Defendants
Solomon's Law Office, P.C. and
Phillip A. Solomon
926 RXR Plaza
Uniondale, NY 11554
(516) 357-3000

      This Memorandum of Law is submitted on behalf of Defendants, Solomon's Law Office, P.C. and Phillip A. Solomon (collectively the "Solomon Defendants"), in opposition to Regina Giszpenc's motion for recognition as next friend under Fed. R. Civ. P. 17(c). The Solomon Defendants fully join, adopt, and incorporate by reference the arguments set forth in the opposition briefs filed by Defendants, Sabrina E. Morrissey and Morrissey & Morrissey LLP (ECF Doc. No. 229), and Defendant, Wells Fargo Clearing Services, LLC (ECF Doc. No. 224).

      For the reasons set forth therein, Ms. Giszpenc's next friend motion should be denied with prejudice.

Dated: Uniondale, New York
       January 9, 2026

                                    Respectfully submitted,

                                    **RIVKIN RADLER LLP**
                                    Attorneys for Defendants
                                    Solomon's Law Office, P.C. and
                                    Phillip A. Solomon

By: /s/ *Carol A. Lastorino*
       Carol A. Lastorino
       926 RXR Plaza
       Uniondale, New York 11556
       (516) 357-3000