UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| WENDY J. WILLIAMS HUNTER, an individual, by and through her next friend, KELVIN HUNTER; and KELVIN HUNTER, an individual, <br><br> *Plaintiffs*, <br><br> v. <br><br> SABRINA E. MORRISSEY, *et al.*, <br><br> *Defendants*. |

Case No. 1:25-cv-05107-MMG

**DEFENDANT AMANDA CLEARS'S
MEMORANDUM OF LAW IN OPPOSITION TO
REGINA GISZPENC'S MOTION FOR RECOGNITION
AS NEXT FRIEND UNDER FED. R. CIV. P. 17(c)(2)**

**ALONSO & FACHER, P.C.**
*Attorneys for Defendant Amanda Clears*
32 Broadway, Suite 1714
New York, New York 10004
(212) 598-5900

Defendant Amanda Clears ("Clears"), by her attorneys Alonso & Facher, P.C., respectfully submits this Memorandum of Law in Opposition to Regina Giszpenc's ("Giszpenc") Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2) ("Giszpenc's Next Friend Motion"). *DE 197*.

## LEGAL ARGUMENT

Clears opposes Giszpenc's Next Friend Motion and hereby adopts the arguments, defenses, contentions and positions set forth in Defendants Sabrina Morrissey and Morrissey & Morrissey LLP (ECF Doc No 229) and Defendant Wells Fargo Clearing Services, LLC's (ECF Doc No 224) Memoranda of Law in Opposition to Giszpenc's Next Friend Motion and incorporates them with the same force and effect as though more fully set forth herein.

## CONCLUSION

For the foregoing reasons, Clears respectfully submits that Giszpenc's Next Friend Motion should be denied in its entirety with prejudice.

Dated:    January 9, 2026
          New York, New York

                                          **ALONSO & FACHER, P.C.**

By:   Jennifer K. Rankin, Esq.
      32 Broadway, Ste. 1714
      New York, New York 10004
      Tel.: (212) 598-5900
      jrankin@alonsolegal.com

      *Attorneys for Defendant,*
      *Amanda Clears*