

88 Pine Street, 29th Floor, New York, NY 10005
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6431
Email:  mkflanagan@mdwcg.com

January 9, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      RE:   *Williams Hunter et al. v. Morrissey, et al.*
              MD File No.   03127.01761
              Case No.        1:25-cv-05107-MMG

Dear Judge Garnett:

      We represent Defendants Rafferty & Redlisky, LLP, and Linda Redlisky in the above-referenced action, and we respectfully adopt and join in the Memorandum of Law in Opposition filed by Defendants Sabrina E. Morrissey (ECF Doc. No. 229) and Wells Fargo Clearing Services, LLC (ECF Doc. No. 224) to Regina Giszpenc's Motion For Recognition as Next Friend (ECF Doc. No. 197).

                                            Respectfully Submitted,

                                            Matthew K. Flanagan

MKF:stk

Cc:     All Counsel (via ECF)