**MMP&S**
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516.712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

January 9, 2026

**_VIA ECF_**
Honorable Margaret M. Garnett
U.S. District Judge, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *Wendy J. Williams Hunter, et ano. v. Morrissey, et al.*
              Docket No. 1:25-cv-5107 (MMG)
              MMP&S File No. 446-32203

Dear Judge Garnett:

      We represent defendants Sacks Press & Lacher, P.C. and Gary Press (together, "SP&L") in the above-referenced action. SP&L hereby respectfully submits this letter in support of the arguments raised by and submitted by co-defendants in opposition to plaintiffs' next friend application. This letter shall serve as SP&L's opposition to the next-friend motion of Regina Geszpenc.

      SP&L hereby adopts and incorporates by reference in their entirety all of the arguments submitted by all other defendants in opposition to plaintiffs' next friend application and so joins in the same requested relief. In short, the second next friend application seeking to substitute Regina Giszpenc for Mr. Hunter similarly has no merit and is barred by a host of independent legal and factual obstacles starting with the fact that she has cited no legal authority justifying her appointment as next friend and offers no evidence in support of her own brief, self-serving conclusory statements. *See Doe v. Hochul*, 139 F.4th 165, 177 (2d Cir. 2025); *Bey v. New York City Dep't of Correction*, 2013 WL 5405491 (S.D.N.Y.2013)(*holding that next friend status rejected absent evidence from movant meaning that they failed to carry the burden they have of establishing clearly that they meet the strict standards for next friend standing*).

      In the interests of time and efficiency, and avoiding burdening the Court with additional memorandum's of law in opposition raising identical arguments, SP&L, hereby adopts and incorporates by reference all legal arguments cited in defendants' related filings in opposition including but not limited to the arguments raised therein that: (i) Ms. Giszpenc's next friend motion is barred because she was required to and did not obtain or even seek permission to serve as next friend from the guardianship court; (ii) Ms. Giszpenc's next friend motion is barred by the Rooker-Feldman and/or Younger Abstention doctrines; (iii) Ms. Giszpenc's next motion fails because she has not met her evidentiary burden to establish the merits of next friend status; (iv) Ms. Giszpenc's motion seeking next friend status fails to mee the Rule 17(c) requirements; and (v) Ms. Giszpenc ha snot established that she is acting in the best interests of Ms. Williams.

WOODBURY, NEW YORK ■ PURCHASE, NEW YORK
NEW JERSEY ■ CONNECTICUT ■ FLORIDA ■ PENNSYLVANIA

U.S. District Judge Margaret M. Garnett
January 9, 2026
Page **2** of **2**

        Thank you in advance for your kind consideration in this matter.

                                      Respectfully submitted,

                                      Peter Seiden (PS0658)

                                      *John A. Lentinello*
                                      John A. Lentinello (JL0187)

PS/JAL/dmh
cc:    All counsel of record (via ECF)

