

800 Third Avenue
29th Floor
New York, NY  10022

Jonathan P. Sellers
d  646.454.3278
jonathan.sellers@ropers.com

o  212.668.5927
f  212.668.5929
ropers.com

January 9, 2026

**Via ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

   **Re**:  ***Williams Hunter, et al. v. Morrissey, et al.***
      ***Case No. 1:25-cv-05107-MMG***

Dear Judge Garnett:

  The undersigned represents Defendant Leah Abraham in the above-referenced matter. I write pursuant to Rule I(D)(3)(iii) of Your Honor's Individual Rules & Practices to request that Leah Abraham's Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend Under Fed. R. Civ. P. 17(c)(2), *see Dkt. No. 197,* be filed under seal. Pursuant to Your Honor's instructions during the Initial Pretrial Conference on October 9, 2025, see Tr. 9:23-10:4, we believe sealing is appropriate because the Memorandum cites and refers to other filings in this matter that have already been placed under seal, see *Dkt. No. 1, 2, 197, and 199*.

  I thank the Court for its time and attention to this matter.

            Sincerely,

            Ropers Majeski PC

            Jonathan P. Sellers