LAW OFFICES
## PAUL STEWART-STAND
14 Wall Street, Suite 4C
NEW YORK, NEW YORK 10005
(201) 676-0008

January 9, 2026

<u>VIA ECF</u>
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Williams Hunter et al. v. Morrissey et al.*
       Civil Action No. 1:25-cv-5107(MMG)

Dear Judge Garnett:

  My office represents defendant Shawn Zanotti in the above-referenced action.

  Shawn Zanotti joins, adopts, and incorporates by reference the Memorandum of Law in Opposition to Regina Giszpenc's Motion for Recognition as Next Friend filed, under seal, by Defendant Wells Fargo Clearing Services, LLC (ECF Doc. No. 224).

  Thank you for your consideration.

                  Respectfully Submitted,

                  _____
                  Paul Stewart-Stand, Esq.
                  14 Wall Street, Suite 4C
                  New York, NY 10005
                  P: (201) 676-0008
                  E-mail: paul@standlaw.com

                  *Attorney for Shawn Zanotti*

cc: All counsel of record via ECF