UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENDY J. WILLIAMS HUNTER, an
individual, by and through her next friend,
KELVIN HUNTER; and KELVIN HUNTER,
an individual,

    Plaintiffs,

  -against-

SABRINA E. MORRISSEY, the Guardian, in her
individual and official capacity; MORRISSEY &
MORRISSEY LLP; WELLS FARGO CLEARING
SERVICES, LLC d/b/a WELLS FARGO
ADVISORS, owned by WELLS FARGO &
COMPANY; LORI SCHILLER, in her individual
and official capacity; AMERICAN EXPRESS
COMPANY; BRESSLER, AMERY & ROSS, P.C.;
DAVID PIKUS, in his individual and official
capacity; DEBMAR-MERCURY LLC; BERNIE
YOUNG ENTERTAINMENT ENTERPRISES,
LLC; BURNETT M. YOUNG, in his individual
and official capacity; LEAH ABRAHAM;
ABRAMS FENSTERMAN, LLP; CAROLYN N.
WOLF, in her individual and official capacity;
SACKS, PRESS & LACHER P.C.; GARY PRESS,
in his individual and official capacity; WILLIAM
SELBY, in his individual and official capacity;
SHAWN ZANOTTI, in her individual and official
capacity; RAMI KAMINSKI M.D. P.C.; RAMI
KAMINSKI, in his individual and official capacity;
SOLOMON, the Court Evaluator, in his individual
and official capacity; RAFFERTY & REDLISKY
LLP; LINDA REDLISKY, the Court Appointed
Attorney, in her individual and official capacity;
LAW OFFICES OF SALAMI-OYAKHILOME,
P.C.; SADATU SALAMI-OYAKHILOME, in her
individual and official capacity; ADAM SILVERA,
in his individual capacity; LISA A. SOKOLOFF, in
her individual and official capacity; OFFICE OF
THE ATTORNEY GENERAL OF NEW YORK;
ATRIA SENIOR LIVING, INC.; COTERIE
LUXURY SENIOR LIVING; AMANDA
CLEARS, in her individual and official capacity;

Index No.: 1:25-CV-05107

Honorable Margaret M. Garnett

**Appearance of Counsel**

and JOHN/JANE DOES 1-20,

                    Defendants.

------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Alonso & Facher, P.C. hereby enters her appearance in this matter as counsel for the Defendant, Amanda Clears, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

I certify that I am admitted or otherwise authorized to practice in this Court and I am a registered electronic case filing user.

Dated: New York, New York
       July 1, 2026

By:_____

      Catania T. Facher

      ALONSO & FACHER, P.C.
      *Attorneys for Defendant, Amanda Clears*
      32 Broadway, Suite 1714
      New York, New York 10004
      Telephone:    (212) 598-5900
      Facsimile:     (212) 598-4650
      Email:         cfacher@alonsolegal.com