MIAMI ENTERTAINMENT
LAW GROUP

LaShawn N. Thomas, Esq.
Attorney at Law

Celeste N. McCaw, Esq.
Attorney at Law

October 9, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**RE: WENDY J. WILLIAMS HUNTER, et al. v. MORRISSEY, et al.**
**Docket No.: 1:25-cv-5107-MMG**

Dear Judge Garnett:

In accordance with Rule I. B. 5. of Your Honor's Individual Rules & Practices, Plaintiffs respectfully request that the conference presently scheduled for October 22, 2026 at 10:00 a.m. be adjourned until after the Court has resolved Plaintiffs' forthcoming motion for reconsideration of the Court's September 30, 2026 Opinion and Order. Plaintiffs intend to file their motion for reconsideration on or before October 14, 2026. In the alternative, should the Court prefer to proceed with the conference as scheduled, Plaintiffs respectfully request permission to appear via a Microsoft Teams meeting organized by the Court pursuant to Rule II(A)(2) of Your Honor's Individual Rules and Practices.

The September 30, 2026 Opinion and Order scheduled the October 22, 2026 conference for the purpose of discussing how this action will move forward. Plaintiffs' motion for reconsideration addresses aspects of the September 30, 2026 ruling that bear directly on the scope and procedural posture of the claims remaining before the Court. Resolution of that motion therefore may materially affect issues to be addressed at the conference. Plaintiffs respectfully submit that a brief adjournment until after the Court determines the reconsideration motion would promote judicial economy and allow the parties to address case-management issues with the benefit of the Court's ruling.

Plaintiffs conferred with Defendants regarding the requested relief by email on Tuesday, October 6, 2026. Plaintiffs asked whether Defendants consented to, opposed, or took no position on (1) an adjournment of the October 22, 2026 conference until after determination of Plaintiffs' forthcoming motion for reconsideration and (2) alternatively, permission for Plaintiffs' counsel to appear remotely. As of the filing of this letter, no Defendant has responded to that inquiry. Accordingly, Plaintiffs are unable to state Defendants' positions on the requested relief.

In the alternative, if the Court determines that the October 22, 2026 conference should proceed, Plaintiffs respectfully request that the conference be conducted remotely. Plaintiffs' counsel are located outside New York and would otherwise be required to travel to New York for the conference. Additionally, if the Court grants the adjournment and permits remote appearance

261 N. University Drive, Suite 500, Plantation, FL 33324
www.miamientertainmentlawgroup.com
@miamientlaw
Moreinfo@MiamiEntertainmentLawGroup.com
O. (305) 417-6450 | F. (305) 417-6452

at the rescheduled conference, Plaintiffs are available on November 19, December 3, and December 10, 2026. However, if the Court requires in-person attendance at the rescheduled conference, Plaintiffs respectfully request that the conference be scheduled on a date after January 1, 2027, when counsel will be available to appear in person.

Plaintiffs previously requested an adjournment of the August 28, 2025 Initial Pretrial Conference because Defendants had not yet been served, and the Court granted that request. The requested adjournment will not affect any other existing deadline.

We thank the Court for its consideration.

Respectfully,

Lashawn Thomas

LaShawn N. Thomas

Celeste McCaw

Celeste McCaw

CC: Counsel for Defendants (via ECF)

GRANTED. The conference currently scheduled for October 22, 2026 in this action is hereby ADJOURNED *sine die*. The Court will enter an appropriate order once it has reviewed the anticipated motion for reconsideration.

SO ORDERED. Dated October 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE