RUSKINMOSCOUFALTISCHEK P.C.
Smart Counsel. Straight Talk.

Writer's Direct Dial: (516) 663-6557
Writer's Direct Fax: (516) 663-6757
Writer's E-Mail: aruss@rmfpc.com

October 29, 2026

**By ECF**

Hon. Margaret M. Garnett, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Williams Hunter et al. v. Morissey, et al.*
SDNY Case No. 1:25-cv-05107-MGG
RMF File No. 1716000.4

Dear Judge Garnett:

This firm represents Defendants Rami Kaminski, M.D. and Rami Kaminski M.D. P.C. (collectively, the "Kaminski Defendants") in the above-referenced action. The Kaminski Defendants respectfully submit this letter in opposition to Plaintiffs' motion for reconsideration (the "Motion") of the Court's Opinion and Order, dated September 30, 2026, which denied Ms. Giszpenc's motion for recognition as next friend under Fed. R. Civ. P. 17(c) and dismissed with prejudice the claims brought on behalf of Wendy Williams Hunter, and in support of the arguments submitted by their co-defendants in opposition to the Motion. In the interest of judicial efficiency, and to avoid burdening the Court with additional memoranda of law raising identical arguments, the Kaminski Defendants adopt and incorporate by reference all legal arguments set forth in co-defendants' opposition papers and join in the relief requested therein. Accordingly, for the reasons set forth in those papers, the Kaminski Defendants respectfully request that the Court deny the Motion in its entirety.

Thank you for your attention to this matter.

Respectfully submitted,

*Adam H. Russ*

Adam H. Russ
For the Firm

cc: All Counsel (via ECF)

1086987